IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Jennifer Ann Fedorek
Venango County Prison
Franklin Pa 16323

CA 05-186E

VS.

Ronald Snyder, Warden
Kenre Craft, C.O.
Venango County Prison
Franklin PA 16323

## MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Jennifer Ann Fedorek, am the plaintiff in the above entitled case. In support of my motion for leave to proceed in forma pauperis, I state that because of my poverty I am unable to pay the initial costs of said proceeding or to give security therefore and that I believe I am entitled to redress. In support of this motion, I declare the following responses are true.

1. If you are receiving prison wages, state the amount: __N/A__.

2. If you received within the past twelve months any money form any source, explain, and state the amount: 6/04 - 11/04  $314 per month
   Dept. of Public Welfare.

3. State the amount of money you have in a checking, savings, or prison account:
   $0

4. Identify and state the value of any real estate, stocks, bonds, notes, automobiles, or other Valuable property (excluding ordinary household furnishings and clothing) which you own:
   N/A

5. List the persons who are dependent upon you for support; state relationship to those persons And indicate how much you contribute toward their support:
   Hannah N. Hutchinson - daughter - $0

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED THIS __11th__ DAY OF __June__, 20__05__

Jennifer Ann Fedorek
Plaintiff's signature