Jennifer A. Fedorek                                         July 28, 05'
#OJ9842
PO Box 180                            RE: #05-CV-186
Muncy, Pa 17756

Robert V. Barth, Jr
Clerk of Court
PO Box 1820
Erie, Pa 16507

Dear Mr. Barth,
   I would like to give you my change of address. Please forward any correspondence to the above address.

                                 Thank you,
                                 Jennifer A. Fedorek