IN THE COURT OF COMMON PLEAS OF **Western District**, PENNSYLVANIA

**CIVIL** ~~CRIMINAL~~ DIVISION

~~Commonwealth of Pennsylvania~~

~~vs.~~

**Jennifer A. Fedorek**
~~Defendant~~ Plaintiff

vs.

**Ronald Snyder, Warden, et al.,**
Defendants

Civ. A. No. ~~Docket #~~ **05-186**
~~OTN #~~ _____

### PETITION TO PROCEED IN FORMA PAUPERIS

AND NOW COMES **Jennifer A. Fedorek**, Petitioner, Pro Se who deposes and says that she is a poor person with no monies or real property by averring and stating the following facts.

1) As of this date **September 19**, 20**05** Petitioner is incarcerated at the State Correctional Institution at Muncy, P.O. Box 180, PA 17756.

2) **Jennifer A. Fedorek** is Petitioner in the above-captioned action and because of her financial condition is unable to pay the following fees and costs: Petitioner for **Notice of Appeal** _____.

3) Petitioner avers that she has no source of income other than nominal prison wages; nor does she have any property, assets, bank accounts, rents, dividends, pensions, support payments or other assets of any kind of value.

4) Petitioner verifies under penalties provided by 18 Pa.C.S.A. 4904, relating to unsworn falsification to authorities that the statements contained in the foregoing petition are true and correct to the best of her knowledge, information and belief. Petitioner also understands that false statements made herein are made subject to the penalties of 18 Pa.C.S.A. 4904; misdemeanor of the second degree.

WHEREFORE, Petitioner prays this Court grant permission to proceed in Forma Pauperis in regards to the filing fee and cost of the foregoing Petition.

Respectfully Submitted,

*Jennifer A. Fedorek*
Petitioner, Pro Se

IN THE COURT OF COMMON PLEAS OF __Western District__, PENNSYLVANIA

### CRIMINAL DIVISION

~~Commonwealth of Pennsylvania~~
~~Plaintiff,~~

~~vs.~~

Jennifer A. Fedoreck
Plaintiff

vs.

Ronald Snyder, Warden, et al,
Defendants

Civ. A. No. __05-186__

**ORDER OF COURT**

AND NOW, to wit this _____ day of _____ 20_____, upon consideration of the defendant's affidavit, it is hereby Ordered that the above stated Petitioner be permitted to proceed in Forma Paupers before the Court in the foregoing matter.

BY THE COURT

_____
J.

_____
DATE

IN THE COURT OF COMMON PLEAS OF __Western District__, PENNSYLVANIA

__Civil__ ~~CRIMINAL~~ DIVISION

~~Commonwealth of Pennsylvania~~
~~Plaintiff,~~

~~vs.~~

Jennifer A. Fedorek
Plaintiff

vs.

Ronald Snyder, Warden, et al.,
defendants

Civ. A. No. __05-186__

**ORDER OF COURT**

AND NOW, to wit this _____ day of _____ 20___, upon consideration of the defendant's affidavit, and it appearing that the Superintendent and the Clerk of Courts, having made reasonable investigation, verify the defendant's inability to pay said obligations and recommend the relief sought by the defendant. It is hereby ordered that the above stated fine(s) and cost(s) and restitution(s), if applicable are hereby dismissed and any process that may have been issued are to be vacated and that said defendant shall not be subject further arrest or imprisonment for these cost(s) and/or fine(s). BY THE COURT

_____ J.

_____ DATE

September 19, 2005

Dear Honorable Judge Baxter,

I recently sent a letter asking to proceed In Forma Pauperis. I enclosed a copy of my account statement to include the 6-month period immediately preceding the filing of my complaint. The Venango County Prison informed me that they do not certify their account statements. Please accept the second statement I had sent to you. I am also enclosing my petition to Proceed In Forma Pauperis. I apologize for having these documents sent separately. I have limited access to information at this time of my incarceration.

RE:
Civ. A. No. 05-186

Sincerely,

Jennifer A. Fedorek

Jennifer A. Fedorek
No. OJ9802
PO Box 180
Muncy, PA. 17756

enclosure (1)