# Statement

Venango County Prison
1186 Elk Street
Franklin, PA 16323

| Date |
|---|
| 9/14/2005 |

To:

Fedorek, Jennifer
108 Clearfield Street
Oil City, PA 16301

| Amount Due | Amount Enc. |
|---|---|
| $124.07 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2001 | Balance forward | | 0.00 |
| 01/11/2002 | INV #AD1449 - #02-0040 | 25.00 | 25.00 |
| 03/25/2002 | INV #WR723 - WR fee | 25.00 | 50.00 |
| 03/25/2002 | INV #WR724 - Miscellaneous fee | 5.00 | 55.00 |
| 03/25/2002 | INV #WR725 - Weekly fee | 60.00 | 115.00 |
| 03/25/2002 | INV #WR726 - Drug test | 2.00 | 117.00 |
| 04/02/2002 | INV #WR867 - Weekly fee | 70.00 | 187.00 |
| 04/02/2002 | INV #WR868 - Drug test | 2.00 | 189.00 |
| 04/08/2002 | INV #WR1044 - Weekly | 70.00 | 259.00 |
| 04/08/2002 | INV #WR1045 - Drug test | 2.00 | 261.00 |
| 04/09/2002 | PMT #12236 - #504 | -92.00 | 169.00 |
| 04/15/2002 | INV #WR1277 - Weekly fee w/o 04-14-02 | 70.00 | 239.00 |
| 04/15/2002 | INV #WR1278 - Drug test w/o 04-14-02 | 2.00 | 241.00 |
| 04/16/2002 | INV #WR727 - Weekly fee w/o 4/21/02 | 70.00 | 311.00 |
| 04/16/2002 | INV #WR728 - Drug test w/o 4/21/02 | 2.00 | 313.00 |
| 04/16/2002 | PMT #12275 - #506 | -72.00 | 241.00 |
| 04/22/2002 | PMT #12306 - #508 | -144.00 | 97.00 |
| 04/29/2002 | INV #WR1548 - Weekly fee w/o 4-28-02 | 70.00 | 167.00 |
| 04/29/2002 | INV #WR1549 - Drug test w/o 4-28-02 | 2.00 | 169.00 |
| 04/29/2002 | PMT #12344 - #510 | -144.00 | 25.00 |
| 05/06/2002 | PMT #12373 - #513 | -72.00 | -47.00 |
| 05/08/2002 | INV #WR1713 - Weekly fee w/o 05-05-02 | 70.00 | 23.00 |
| 05/08/2002 | INV #WR1714 - Drug test w/o 05-05-02 | 2.00 | 25.00 |
| 05/14/2002 | INV #WR1874 - Weekly fee w/o 05-12-02 | 70.00 | 95.00 |
| 05/14/2002 | INV #WR1875 - Drug test w/o 05-12-02 | 2.00 | 97.00 |
| 05/15/2002 | PMT #12403 - #515 | -72.00 | 25.00 |
| 05/20/2002 | INV #WR1960 - w/o 5/20 | 70.00 | 95.00 |
| 05/20/2002 | INV #WR1961 - w/o 5/20 | 2.00 | 97.00 |
| 05/20/2002 | PMT #12444 - #517 | -72.00 | 25.00 |
| 05/28/2002 | INV #WR2089 - w/o 5-27-02 | 70.00 | 95.00 |
| 05/28/2002 | INV #WR2090 - w/o 5-27-02 | 2.00 | 97.00 |
| 05/28/2002 | PMT #12475 - #519 | -72.00 | 25.00 |
| 06/03/2002 | INV #WR2278 - w/o 06-02-02 | 70.00 | 95.00 |
| 06/03/2002 | INV #WR2279 - w/o 06-02-02 | 2.00 | 97.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 10.62 | 0.00 | 29.00 | 84.45 | ~~$124.07~~ 131.79 |

# Statement

Venango County Prison
1186 Elk Street
Franklin, PA  16323

| Date |
|---|
| 9/14/2005 |

To:
Fedorek, Jennifer
108 Clearfield Street
Oil City, PA 16301

| Amount Due | Amount Enc. |
|---|---|
| $124.07 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/03/2002 | PMT #12503 - #521 | -72.00 | 25.00 |
| 06/10/2002 | INV #WR2436 - W/O 06-09-02 | 70.00 | 95.00 |
| 06/10/2002 | INV #WR2437 - W/O 06-09-02 | 2.00 | 97.00 |
| 06/10/2002 | PMT #12538 - #523 | -72.00 | 25.00 |
| 06/12/2002 | INV #MD2575 - Medical Reimb. carryover | 20.50 | 45.50 |
| 06/17/2002 | INV #WR2681 - W/O 06-16-02 | 70.00 | 115.50 |
| 06/17/2002 | INV #WR2682 - W/O 06-16-02 | 2.00 | 117.50 |
| 06/17/2002 | PMT #12562 - #525 | -72.00 | 45.50 |
| 06/24/2002 | INV #WR2767 - W/O 06-23-02 | 70.00 | 115.50 |
| 06/24/2002 | INV #WR2768 - W/O 06-23-02 | 2.00 | 117.50 |
| 06/24/2002 | PMT #12595 - #527 | -72.00 | 45.50 |
| 07/01/2002 | INV #WR2988 - W/O 06-30-02 | 70.00 | 115.50 |
| 07/01/2002 | INV #WR2989 - W/O 06-30-02 | 2.00 | 117.50 |
| 07/01/2002 | PMT #12619 - #529 | -72.00 | 45.50 |
| 07/08/2002 | INV #WR3117 - W/O 07-07-02 | 70.00 | 115.50 |
| 07/08/2002 | INV #WR3118 - W/O 07-07-02 | 2.00 | 117.50 |
| 07/08/2002 | PMT #12654 - #531 | -72.00 | 45.50 |
| 07/15/2002 | INV #WR3381 - W/O 07-14-02 REL 07-18-02 | 50.00 | 95.50 |
| 07/15/2002 | INV #WR3382 - WO 07-14-02 | 2.00 | 97.50 |
| 07/15/2002 | PMT #12689 - #533 | -72.00 | 25.50 |
| 07/15/2002 | PMT #12690 - #533 | -10.00 | 15.50 |
| 07/26/2002 | PMT #44064 - #536 | -5.01 | 10.49 |
| 08/16/2002 | PMT #8967 - #542 | -10.49 | 0.00 |
| 02/07/2003 | INV #MD7169 - UPMC 12/19/02 0235300343 | 8.50 | 8.50 |
| 03/29/2004 | INV #AD3760 - 04-0327 | 25.00 | 33.50 |
| 12/06/2004 | INV #AD19247 - #04-1326 | 25.00 | 58.50 |
| 05/05/2005 | INV #MD21921 - Comm Drug 03/05 | 25.95 | 84.45 |
| 07/07/2005 | INV #MD23271 - UPMC 05/16/05-#0513600623 | 29.00 | 113.45 |
| 08/15/2005 | INV #MD23964 - Venango Diagnostic Imaging #70513600623 - 5/16/05 | 10.62 | 124.07 |
| 7/26/05 | Commissary Account Balance | 7.72 | 7.72 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 10.62 | 0.00 | 29.00 | 84.45 | $124.07 +7.72 |

Amount Due: 131.79

Judge Susan Paradise Baxter
Chief United States Magistrate
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA. 16501

Dear Honorable Judge,

I am filing motion to proceed in forma pauperis. This is the second statement I have sent. I had previously submitted my statement on June 15, 2005. I failed to have the statement certified. Please accept my objection to the report and recommendation at this time.

Thank you,

Jennifer Ann Fedorek

Civ. A. No. 05-186

Jennifer Ann Fedorek
No: OJ9802
PO Box 180
Muncy, PA 17756