**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENNIFER FEDOREK, | ) | |
| Plaintiff | ) | |
| | ) | **C.A. No. 05-186 Erie** |
| v. | ) | |
| | ) | **District Judge McLaughlin** |
| WARDEN RONALD SNYDER, et al., | ) | **Magistrate Judge Baxter** |
| Defendants. | ) | |

### ORDER

On September 6, 2005, a Magistrate Judge's Report and Recommendation was filed in this case [Document # 4], which recommended dismissal of this case due to Petitioner's failure to submit inmate account statements for the relevant period of time in support of her motion to proceed *in forma pauperis*. On September 23, 2005, Petitioner submitted another motion to proceed *in forma pauperis* with the required account statement.

AND NOW, this 28th day of September, 2005;

IT IS HEREBY ORDERED THAT the Magistrate Judge's Report and Recommendation filed in this case on September 6, 2005 [Document # 4], is vacated.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge