IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER ANN FEDOREK,** ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 05-186 Erie |
| ) | |
| **WARDEN RONALD SNYDER, et al.,** ) | |
| Defendants. ) | |

## O R D E R

    Plaintiff has submitted for filing a Civil Rights complaint which she seeks leave to prosecute in forma pauperis. The filing fee is $ 250.00. Plaintiff does not have sufficient funds in her prison account to pay the entire filing fee. The Prison Litigation Reform Act of 1996, 28 U.S.C. § 1915(b) as amended April 26, 1996, requires that prisoners who cannot pay the full filing fee immediately, submit an initial partial filing fee and the balance in installments. The average monthly deposits into plaintiff's inmate account for the last six months is $ 10.93, and her average monthly balance in that account for the past six months is $ 53.66. Therefore, in accordance with 28 U.S.C. § 1915(b)(1) her initial filing fee will be twenty percent (20%) of the greater of those two amounts, or $ 10.73. The following order is entered:

    AND NOW, this 28th day of September, 2005;

    IT IS HEREBY ORDERED that leave to proceed in forma pauperis is GRANTED, and the Clerk is directed to file the complaint. Plaintiff's initial filing fee is $ 10.73. Within twenty (20) days plaintiff shall authorize payment of the initial filing fee in the amount of $ 10.73, together with subsequent monthly installments, by returning to the court one of two attached copies of the notice with the AUTHORIZATION section signed, or shall indicate his intention to withdraw the action by returning the notice with the WITHDRAWAL OF ACTION section signed.

    IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten

(10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter  
SUSAN PARADISE BAXTER  
Chief U.S. Magistrate Judge

cc:    Jennifer Ann Fedorek  # OJ9802  
       SCI-Muncy  
       P.O. Box 180  
       Muncy, PA  17756

       Clerk of Courts - Finance Office  
       Superintendent - SCI-Muncy  
       Inmate Accounting Office