Clerk of Courts,

CV NO: 05-CV-186

I have a change of address:
Jennifer Ann Fedorek
SCI-Cambridge Springs
451 Fullerton Avenue
Cambridge Springs, PA. 16403-1229

RECEIVED
JAN 27 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

I would like to request a copy of the complaint I filed. Could you also tell me if I submitted a "Process Receipt and Return" form with my complaint and if not, I would like a form to be sent to me. I would also like to request the following forms be sent to me: Motion for Appointment of Counsel, and Declaration for Entry of Default. These forms are not available to me. Finally, could you please tell me how I would know if and when the Plaintiff would have received a mailing from the Marshal? This would be greatly appreciated. Thank you for your time.

Sincerely,

Jennifer Ann Fedorek

RECEIVED