**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

*ERIE* 

| PLAINTIFF Jennifer Ann Fedoreh | COURT CASE NUMBER CV-05-186 |
|---|---|
| DEFENDANT Keohe Craft, Correctional Officer | TYPE OF PROCESS |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

KEOKE CRAFT

ADDRESS *(Street or RFD. Apartment No., City. State and ZIP Code)*

1186 Elk Street Franklin, PA 16323

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jennifer Ann Fedoreh - DJ9802<br>451 Fullerton Avenue<br>Cambridge Springs, PA 16403 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                 Fold

This is a place of Buisness -the Venango County Prison. Personal information (such as home address) is not available to me.

| Signature of Attorney other Originator requesting service on behalf of: *Jennifer Ann Fedoreh* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 2-7-06 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

FILED

FEB 2 0 2006

CLERK U.S. DISTRICT COURT
*. DIST. OF PENN...*

Address *(complete only different than shown above)*

| | Date 2/13/06 | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund ) |
|---|---|---|---|---|---|
| | | | | | 16.00 |

REMARKS: 2-10-06 9842 8020 6424

PRINT 5 COPIES:  1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
  if any amount is owed. Please remit promptly payable to U.S. Marshal.
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

