In The United States District Court
For The Western District of Pennsylvania

Jennifer Ann Fedorek, Plaintiff

v.                                    Civil Action no.
                                      05-186

Warden Ronald Snyder,
C.O. Keoke Craft., Defendant(s)

FILED
'06 MAR -7 A9:53
CLERK
U.S. DISTRICT COURT

## DECLARATION FOR ENTRY OF DEFAULT

Jennifer Ann Fedorek, hereby declares: I am the plaintiff herein. The complaint herein was filed on the 29th day of September, 2005.

The court files and records herein show that the Defendants were served by the United States Marshal with a copy of summons, and a copy of the Plaintiffs' complaint on the 10th day of February, 2006.

More than 20 days have elapsed since the date on which the Defendant(s) herein were served with summons and a copy of Plaintiffs' complaint, excluding the date thereof.

The Defendant(s) have failed to answer or otherwise defend as to Plaintiffs' complaint, or serve a copy of any answer or any defense which it might have had, upon affiant or any other plaintiff herein.

Defendant(s) are not in the military service and are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true and correct.

Jennifer Ann Fedorek