IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER ANN FEDOREK, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Civil Action No. 05-186 Erie |
| RONALD SNYDER and KEOKE CRAFT | ) ) ) |
| Defendants | ) **Jury Trial Demanded** |

## ORDER

AND NOW, this _____ day of _____, 200___, Defendants' Motion to Dismiss and Strike is GRANTED.  Plaintiff' request for compensatory damages in the amount of $160,000.00 in paragraph VI of her Complaint is STRICKEN and plaintiff's claim against defendant Ronald Snyder is DISMISSED.

_____
Sean J. McLaughlin
United States District Judge

#661132