UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

~~COURT OF COMMON PLEAS~~
~~OF~~                                              ~~COUNTY~~

Jennifer Ann Fedorek,
Plaintiff

~~COMMONWEALTH OF PENNSYLVANIA~~

VS                                                  Civil Action
                                                    ~~Docket~~ No# 05-186
Ronald Snyder,
Keohe Craft,
~~Appellant~~
Defendant(s)

PETITION FOR ALLOWANCE OF APPEAL

Notice is hereby given that Jennifer Ann Fedorek, Plaintiff ~~defendant~~ in the above captioned, hereby appeals to the District ~~Superior~~ Court of Pennsylvania from the order entered in this matter on the 14th day of March 2006. ~~This order has been entered in the docket as evidenced by the attached copy of the docket entry.~~ for the Plaintiffs' Declaration for Entry of Default.

Respectfully submitted,

*Jennifer Ann Fedorek*

Jennifer Ann Fedorek
451 Fullerton Avenue
Cambridge Springs, PA. 16403

FILED
MAR 23 P12:02
CLERK
U.S. DISTRICT COURT

(1)

Fedorek respectfully submits the following:

- According to docket entries in this case, Respondents were served with the Complaint on 2/13/2006 and 2/14/2006.

- Process Receipt and Return of the U.S. Marshal indicates service of the same above dates.

- Defendants' Motion to Dismiss and Strike states Service of process was achieved on the above named dates.

Therefore, Defendants' Motion to Dismiss and Strike subsequently filed 3/7/2006, was not within twenty days of service. Plaintiff had not been notified, nor has it been entered to the docket of an extension of time.

Wherefore, Plaintiff Jennifer Ann Fedorek respectfully requests the Court grant Plaintiffs' Declaration for Entry of Default

Respectfully submitted,

Jennifer Ann Fedorek
451 Fullerton Avenue
Cambridge Springs, PA. 16403

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

~~COURT OF COMMON PLEAS~~

Jennifer Ann Fedorek,
Plaintiff

~~COMMONWEALTH OF PENNSYLVANIA~~

VS

Ronald Snyder,
Keoke Craft,
~~Appellant~~
Defendant(s)

~~COUNTY~~

Civil Action
~~Docket~~ No# 05-186

PROOF OF SERVICE

I hereby certify that I am this day serving the foregoing Notice of Appeal upon the persons and in the manner indicated below. This service satisfies the requirements of Pa R.A.P. 121:

Service by first class mail addressed as follows:

James T. Marnen
PA ID No. 15858
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461

Attorney for Defendants,
Ronald Snyder and Keoke Craft

DATE: 3-17-06

SIGNATURE: Jennifer Ann Fedorek

Jennifer Ann Fedorek
451 Fullerton Avenue
Cambridge Springs, PA
16403-1238