[Envelope image]

Return address:
[signature] # 059802
451 Fullerton Avenue
Cambridge Springs, PA 16403-1238

Postmark: CAMBRIDGE SPRINGS, PA — MAR 17 '06
PB METER 7049660 — $0.39 U.S. POSTAGE

INMATE
PA. DEPT.
OF CORRECTIONS

Addressed to:
Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA 16501

RECEIVED MAR 2 3 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16501+1133-93  C021