[signature] #0379802
451 Fullerton Avenue
Cambridge Springs, PA 16403-1238

**RECEIVED**

MAR 30 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**INMATE MAIL
PA. DEPT.
OF CORRECTIONS**

Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA 16501

