IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER ANN FEDOREK, | ) |
|       Plaintiff | ) |
| v. | ) |
| | ) Civil Action No. 05-186 Erie |
| RONALD SNYDER and | ) |
| KEOKE CRAFT | ) |
|       Defendants | ) **Jury Trial Demanded** |

## ORDER

AND NOW, this _____ day of _____, 2006 defendants' Motion to Dismiss plaintiff's amended complaint, comprised of her original complaint and her amended complaint, is hereby GRANTED. Paragraph IV of the original complaint is STRICKEN to the extent that it contains a request for an award of the amount of $160,000.00 in money damages and plaintiff's claim against defendant Ronald Snyder is DISMISSED.

 

_____
Sean J. McLaughlin
United States District Judge

665193