IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Jennifer Ann Fedorek,
 plaintiff

 v.

Ronald Snyder,
Theore Craft,
 defendant(s)

Civil action no. 05-186

FILED
06 MAY -2 AM
CLERK U.S. DISTRICT COURT

## Briefing

Counsel for the defendants state in their briefing that in the original complaint "the plaintiff was serving an 'unknown' sentence, coupled with the 27- to 84-month sentence" and "seem to imply that she was a pretrial detainee." Also, "plaintiff has not alleged a liberty interest in remaining in the general prison population."

A complaint "should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief."
Cruz v. Beto, 405 U.S. 319, 322 (1972)

My complaint(s) show that I was a pretrial detainee who was punished. I stated the concern and effort put forth to resolve the result of the deliberate indifference I was subjected to. I was classified and in general prison population. I was punished for reasons unknown and without any procedures.

Furthermore, there are two defendants who are involved in the violation of both my Eighth and Fourteenth Amendment Rights. The motion to dismiss my case should be denied.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Jennifer Ann Fedorek,
   plaintiff

v.                                    Civil Action No.
                                         05-186

Ronald Snyder,
Keohe Craft,
   defendant(s)

The Plaintiff hereby amends her complaint to set forth only that money damages are claimed. I withdraw any specific sum at this time.

                                    Jennifer Ann Fedorek
                                    Jennifer Ann Fedorek,
                                       plaintiff

FILED
'06 MAY -2 A10:29
CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I, hereby state that I have caused copies of the foregoing petition/motion to be served on the persons indicated, by placing same in the United States repository at SCI-Cambridge Springs. In accordance with the Smith v. PBPP, 683 A.2d 278. Postage prepaid and addressed as follows:

FIRST CLASS MAIL, POSTAGE PREPAID

James T. Marnen
Knox, McLaughlin, Gornall, & Sennett
120 West Tenth Street
Erie, PA 16501

Attorney for the Defendants
Ronald Snyder & Heathe Craft

Dated: 4-25-06

Respectfully submitted

Name: Jennifer Ann Fedorek
Print name: Jennifer Ann Fedorek
DOC# OJ9802
Address: 451 Fullerton Ave
Cambridge Springs, PA 16403-1238