Jennifer Gabriel # 073602

451 Fullerton Avenue
Cambridge Springs, PA 16403-1238

INMATE MAIL
PA. DEPT.
OF CORRECTIONS

Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA. 16501



CAMBRIDGE SPRINGS
PA.
APR 25 '06

PB METER
7049660

U.S. POSTAGE
$00.39

**RECEIVED**

MAY 0 2 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA