| | |
|---|---|
| JENNIFER ANN FEDOREK, | ) Civil Action No.  05-186 Erie |
| | ) (Judge McLaughlin) |
| Plaintiff, | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) |
| | ) |
| RONALD SNYDER and | ) **DEFENDANTS' MOTION TO ENLARGE** |
| KEOKE CRAFT | ) **TIME FOR SERVING ANSWERS TO** |
| | ) **WRITTEN DISCOVERY PURSUANT TO** |
| Defendants. | ) **FEDERAL RULE 6** |
| | ) |
| | ) **Filed on behalf of:**  Ronald Snyder and |
| | ) Keoke Craft |
| | ) |
| | ) **Counsel of record for this party:** |
| | ) James T. Marnen, Esq. |
| | ) Knox McLaughlin Gornall & Sennett, P.C. |
| | ) 120 West 10th Street |
| | ) Erie, PA  16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email:  jmarnen@kmgslaw.com |
| | ) PA 15858 |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the defendants' Motion to Enlarge Time for Serving Answers to Written Discovery Pursuant to Federal Rule 6, it is hereby **ORDERED** that he Motion is **GRANTED**.  Plaintiff shall have 20 days from the date of this Order to serve answers to plaintiff's interrogatories and responses to her request for production of documents.

BY THE COURT:

_____

Sean J. McLaughlin

United States District Court Judge

#676621