In The United States District Court for
The Western District of Pennsylvania


Jennifer A. Fedorek,
    Plaintiff

v.

Ronald Snyder, et. al.,
    Defendants

Civil Action
No. 05-186


MOTION FOR AN ORDER COMPELLING DISCOVERY


Plaintiff moves this court for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure compelling Defendants, Ronald Snyder and Keoke Craft, to answer fully interrogatories, pursuant to Rule 33 of the Federal Rules of Civil Procedure on July 31, 2006, but have not yet received the answers.


Dated: 9-5-06

Signed: *Jennifer Ann Fedorek*

Jennifer Ann Fedorek
451 Fullerton Avenue
Cambridge Springs, PA. 16403

FILED
'06 SEP -8 A10:35
CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, hereby state that I have caused copies of the foregoing petition/motion to be served on the persons indicated, by placing same in the United States repository at SCI-Cambridge Springs. In accordance with the Smith v. PBPP, 683 A.2d 278. Postage prepaid and addressed as follows:

FIRST CLASS MAIL, POSTAGE PREPAID

James T. Marnen
Knox, McLaughlin, Gornall, & Sennett
120 West Tenth Street
Erie, PA 16501

Dated: 9-5-06

Respectfully submitted

Name _Jennifer Ann Fedorek_
Print name Jennifer Ann Fedorek
DOC# OJ9802
Address 451 Fullerton Avenue
Cambridge Springs, PA
16403-1238

Jennifer Jedrnak # OJ9802
451 Fullerton Avenue
Cambridge Springs, PA 16403-1238

INMATE MAIL
PA. DEPT.
OF CORRECTIONS

**RECEIVED**

**SEP - 8 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA. 16501

