IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER ANN FEDOREK, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-186 Erie |
| v. | ) |
| RONALD SNYDER and KEOKEE CRAFT, | ) |
| Defendants | ) **Jury Trial Demanded** |

**ORDER**

AND NOW, this ____ day of _____, 2006, it is hereby ORDERED that plaintiff's Motion for an Order Compelling Discovery is GRANTED IN PART AND DENIED IN PART. Plaintiff's Motion for an Order Compelling Discovery is denied with respect to the interrogatories served on defendant Keokee Craft and the requests for production served on defendants. Plaintiff's Motion for an Order Compelling Discovery is granted with respect to interrogatories served on defendant Ronald Snyder. Defendant Snyder is hereby ordered to serve answers to those interrogatories on or before the twentieth day following the date of issuance of this order.

_____
Susan Paradise Baxter
Chief United States Magistrate Judge

# 689274