IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER ANN FEDOREK, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-186 Erie |
| v. | ) |
| RONALD SNYDER and KEOKEE CRAFT, | ) |
| Defendants | ) **Jury Trial Demanded** |

## DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Defendants Ronald Snyder and Keokee Craft respectfully submit the following Defendants' Supplemental Response to Plaintiff's Motion to Compel Discovery in response to the Motion for an Order Compelling Discovery filed by plaintiff Jennifer Ann Fedorek on September 7, 2006.

1. On July 31, 2006 plaintiff served two sets of interrogatories and one set of requests for production. One set of interrogatories was directed to defendant Ronald Snyder and the other was directed to defendant Keokee Craft. The requests for production were directed to both defendants.

2. On September 4, 2006 the answers to interrogatories of defendant Keokee Craft and defendants' responses to the requests for production were served on plaintiff.

3. On September 11, 2006 the answers to interrogatories of defendant Snyder were served on plaintiff.

WHEREFORE, defendants Ronald Snyder and Keokee Craft respectfully request that plaintiff's Motion for an Order Compelling Discovery be denied.

Respectfully submitted,


/s/ *James T. Marnen*
James T. Marnen
PA ID No. 15858
KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
120 West Tenth Street
Erie, PA  16501-1461
General Tel:  814-459-2800
Direct Dial Tel: 814-459-9886, Ext. 203
Fax:  814-453-4530
Email: jmarnen@kmgslaw.com

Attorney for Defendants,
Ronald Snyder and Keokee Craft

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER ANN FEDOREK, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 05-186 Erie |
| RONALD SNYDER and KEOKEE CRAFT, | ) |
| Defendants | ) **Jury Trial Demanded** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will not send notification of such filing to anyone, as the only other party is a non-CM/ECF participant, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: plaintiff, Jennifer Ann Fedorek.

/s/ *James T. Marnen*
James T. Marnen

# 689683