IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER ANN FEDOREK, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-186 Erie |
| v. | ) |
| RONALD SNYDER and KEOKEE CRAFT, | ) |
| Defendants | ) **Jury Trial Demanded** |

## ORDER

AND NOW, this ____ day of _____, 2006, it is hereby ORDERED that plaintiff's Motion for an Order Compelling Discovery is DENIED.

_____
Susan Paradise Baxter
Chief United States Magistrate Judge

# 689684