**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENNIFER ANN FEDOREK, | ) | |
| Plaintiff | ) | |
| v. | ) | **C.A. No. 05-186 Erie** |
| | ) | **District Judge McLaughlin** |
| WARDEN RONALD SNYDER, et al., | ) | **Magistrate Judge Baxter** |
| Respondents. | ) | |

**ORDER**

_____On September 8, 2006, Plaintiff filed a "Motion for an Order Compelling Discovery" [Document # 29], seeking an Order requiring Defendants Ronald Snyder and Keoke Craft to answer interrogatories that Plaintiff served upon them on July 31, 2006.  Defendants filed an immediate response to Plaintiff's motion indicating that answers to the set of interrogatories directed to Defendant Craft were served upon Plaintiff on September 4, 2006. [Document # 30]. Thereafter, Defendants filed a supplemental response to Plaintiff's motion indicating that answers to Plaintiff's set of interrogatories directed to Defendant Snyder were served upon Plaintiff on September 11, 2006. [Document # 31].

AND NOW, this 28th day of September, 2006;

In light of the responses received from Defendants, IT IS HEREBY ORDERED that Plaintiff's "Motion for an Order Compelling Discovery" [Document # 29] is DISMISSED as moot.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
_____
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge