Jennifer Fedorek 075802
451 Fullerton Ave.
Cambridge Springs, PA.
16403-1238

Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row
Room A-280
Erie, PA 16501



RECEIVED

OCT 16 2006

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA