Name: Jennifer Fedorek
DC # 0980Z
451 Fullerton Ave.
Camb. Spgs. PA 16403-1238
INMATE MAIL

**RECEIVED**

NOV - 7 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

01 NOV 2006 PM 2 L  ERIE PA 165

Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA 16501