IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

Jennifer Ann Fedorek,
    Plaintiff

v.

Civil Action No.
05-186

Ronald Snyder, et. al.,
    Defendants

PETITION TO APPOINT COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

AND NOW, to wit, this 1st day of November, 2006 comes the PLaintiff, Jennifer Ann Fedorek pro se, and prays this court to appoint her counsel.

She respectfully represents that:

1. The Plaintiff is Jennifer Ann Fedorek, in the Plaintiff in the above-captioned action.
2. The Plaintiff desires to such representation and requests the Court to appoint counsel to represent her.
3. Plainitff is indigent, without funds or property and without any source of funds expecting nominal wages earned from prison labor for personal maintenance.

Jennifer Ann Fedorek
Plaintiff, pro se

I verify the statements made in the above petetion are true and correct to the best of my knowledge, information and beliefs. I understand that false statements made herein are made subject to the penalties provided for in 18 Pa C.S.A. 4909 relating to unsworn falsification to authorities.

Jennifer Ann Fedorek
Signature

FILED
'06 NOV -7 P1:16
CLERK
U.S. DISTRICT COURT

Dear Honorable Judge:

I have filed suit pro se. I do not fully understand the extent of Civil Procedure. A lawyer would have access to a better library and more familiarity with legal forms and procedures. I have made many attempts to obtain counsel. A trial will likely involve conflicting testimony, and counsel would better enable me to present evidence efficiently and cross examine witnesses.

Please consider appointing counsel to me.

Sincerely,

Jennifer A. Fedorek

CERTIFICATE OF SERVICE

I, hereby state that I have caused copies of the foregoing petition/motion to be served on the persons indicated, by placing same in the United States repository at SCI-Cambridge Springs. In accordance with the Smith v PBPP, 683 A.2d 278. Postage prepaid and addressed as follows:

FIRST CLASS MAIL, POSTAGE PAID

        James T. Marnen
        Knox, McLaughlin, Gornall, & Sennett
        120 West Tenth Street
        Erie, PA 16501

Dated: 11-1-06

Respectfully submitted

*[signature: Jennifer Ann Fedorek]*

Jennifer Ann Fedorek
DOC# OJ 9802
451 Fullerton Avenue
Cambridge Springs, PA 16403-1238