Civil No: 05-186

Clerk of Courts,                              Nov. 17, 2006

    I will have a change of address effective Monday, November 27, 2006. My civil case no. is 05-186. My new address is:

    Jennifer Fedorek
    414 West 5th Street
    Erie, PA. 16507

    Thank you,

    Jennifer Fedorek

FILED
'06 NOV 21 AM 11:01
CLERK
U.S. DISTRICT COURT

Jennifer Judenik #DJ9812
451 Fullerton Avenue
Cambridge Springs, PA 16403-1238

INMATE MAIL
PA DEPT OF CORRECTION

Clerk's Office
United States District Court
PO Box 1820
Erie, PA. 16507

16507+0820-20 B007



UNITED STATES POSTAGE
02 1M
0004220424
MAILED FROM ZIPCODE 16403
$ 00.39⁰
NOV 20 2006
PITNEY BOWES

RECEIVED
NOV 21 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA