**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JENNIFER ANN FEDOREK,** | ) |
|     **Plaintiff,** | ) |
| | ) |
|   vs. | ) C.A. No. 05-186 Erie |
| | ) |
| **RONALD SNYDER, et al.,** | ) |
|     **Defendants.** | ) |

### O R DE R

AND NOW, this 20th day of November, 2006;

In light of this Court's Report and Recommendation, dated October 27, 2006, IT IS HEREBY ORDERED that Plaintiff's "Petition to Appoint Counsel" [Document # 37] is dismissed as moot.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                  S/Susan Paradise Baxter
                                                  SUSAN PARADISE BAXTER
                                                  Chief U.S. Magistrate Judge