IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER ANN FEDOREK, | ) |
| Plaintiff | ) |
| vs. | ) Civil Action No. 05-186 Erie |
| RONALD SNYDER and KEOKE CRAFT | ) |
| Defendants | ) **Jury Trial Demanded** |

**NOTICE OF AMENDED APPEARANCE**

TO:   Clerk of Court

Notice is hereby provided of the entry of my amended appearance for the defendants, Ronald Snyder and Keokee Craft, named in the caption of this matter.

Respectfully submitted,

MARNEN MIODUSZEWSKI BORDONARO
WAGNER & SINNOTT, LLC

/s/ *James T. Marnen*
James T. Marnen
PA ID #15858
MARNEN MIODUSZEWSKI BORDONARO
WAGNER & SINNOTT, LLC
516 West Tenth Street
Erie, PA 16502-1352
Telephone: 814-874-3460, Ext. 102
Fax: 814-874-3476
Email: jmarnen@mmbwslaw.com
Attorney for Defendants,
Ronald Snyder & Keokee Craft

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER ANN FEDOREK, | ) |
| Plaintiff | ) ) ) ) |
| vs. | ) ) Civil Action No. 05-186 Erie |
| RONALD SNYDER and KEOKE CRAFT | ) ) ) |
| Defendants | ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will not send notification of such filing to the other party in this action, pro se plaintiff Jennifer Ann Fedorek, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: pro se plaintiff Jennifer Ann Fedorek.

/s/ *James T. Marnen*
James T. Marnen