IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER ANN FEDOREK,<br>      Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 05-186 Erie |
| C.O. KEOKE CRAFT,<br>      Defendant. | )<br>)<br>) |

**N O T I C E**

TAKE NOTICE that the above captioned case is scheduled for a Case Management Conference before the Honorable Susan Paradise Baxter, on Tuesday, September 25, 200 at 10:30 a.m., Room A280, United States Courthouse, 17 South Park Row, Erie, Pennsylvania. At the case management conference **all** counsel from the Western District of Pennsylvania, Northern District of Ohio and Western District of New York are to be present in person unless excused due to extreme inclement weather or other good cause.

                                                  Sincerely,

                                                  Leslie R. Wallen
                                                  Judicial Assistant/Courtroom Deputy to
                                                  Judge Baxter
                                                  (814) 464-9630

Dated: September 7, 2007