IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER ANN FEDOREK, | ) |
| Plaintiff | ) |
| vs. | ) |
| | ) Civil Action No. 05-186 Erie |
| RONALD SNYDER and KEOKE CRAFT, | ) |
| Defendants | ) |
| | ) **Jury Trial Demanded** |

## NOTICE OF APPEARANCE

TO:   Clerk of Court

Notice is hereby provided of the entry of my appearance for defendant Keokee Craft.

Respectfully submitted,

/s/ *Daniel P. Marnen*
Daniel P. Marnen
PA ID No. 204806
MARNEN MIODUSZEWSKI
BORDONARO WAGNER & SINNOTT, LLC
516 West Tenth Street
Erie, PA  16502-1352
(814)874-3460, Ext. 110 Voice
(814) 874-3476 Fax
(814) 431-4084 Mobile
dmarnen@mmbwslaw.com

Attorney for Defendant,
Keokee Craft

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER ANN FEDOREK, | ) |
| Plaintiff | ) |
| vs. | ) |
| | ) Civil Action No. 05-186 Erie |
| RONALD SNYDER and KEOKE CRAFT, | ) |
| Defendants | ) |
| | ) **Jury Trial Demanded** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will not send notification of such filing to the other party in this action, pro se plaintiff Jennifer Ann Fedorek, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: pro se plaintiff Jennifer Ann Fedorek.

/s/ *Daniel P. Marnen*
Daniel P. Marnen