IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER ANN FEDOREK, | ) |
| Plaintiff | ) |
| vs. | ) |
| | ) Civil Action No. 05-186 Erie |
| RONALD SNYDER and KEOKE CRAFT | ) |
| Defendants | ) |

**ORDER**

AND NOW, this ____ day of _____, 200__, Defendant's Motion for Summary Judgment is GRANTED. Plaintiff's claim against defendant Keokee Craft is DISMISSED.

_____
Sean J. McLaughlin
United States District Judge