7/6/2006

Excess accumulation of newspapers, periodicals, letters, and other material constitutes a health and fire hazard and as such is not permitted. These items are limited to the amount that can be contained in the storage bin provided upon commitment.

Writing on or defacing walls, doors, furniture, and other property is not permitted. Disciplinary and or criminal/civil action may be brought against you for damages to your room, furniture, recreation equipment, the cellblock or other areas of the Prison.

**Restitution will be required if you are found guilty of damaging or destroying County property in any way. Restitution will be deducted from your account. If you have no money, your name and the amount owed will be entered into the computer for subtraction from any future receipts you may receive.**

You must use the shower area on the floor in which you live. If you live on the first floor, there is no reason for you to go to the second floor.

Throwing refuse on the cell floor, the gallery, the cellblock floor is prohibited; it must be deposited in waste cans or containers provided for that purpose.

Personal property is your responsibility. The institution will not be responsible for articles lost or stolen.

No pets of any kind are permitted.

### Cell Block Action

Cell block action is defined as an officer's application of logical consequences for non-severe, undesired behaviors where verbal action alone is not sufficient. Cell block action can involve the removal of logically related privileges for violation of a cell block rule.

Examples would be: the loss of dayroom time until the next count for loud or disruptive behavior in the dayroom, or extra cleaning duties assigned to an inmate for littering.

Cell Block Actions applied by an officer may include:
    Counseling.
    A verbal Reprimand.
    A written warning or reprimand.
    Loss of privileges (up to 4 days).  (Must be related to the Offense)
    Extra work duty (up to 4 days).
    Confinement to your cell (up to 24 hours).

At the time of the incident, the officer will provide you with a statement of the rule you have violated and the consequence that will be applied.

revised 13 Aug. 03

Appendix 150

## Single/Double Bunk Rules and Regulations

The following rules and regulations apply to all inmates who are living by themselves or if they are double-bunked.

- Maintain the cleanliness of your cell.
- Establish an agreement upon room policies so that you and your roommate can get along.
- Do not read each other's mail, magazines, or personal items without approval from one another.
- Try to establish cleaning responsibilities and set up duty sharing as both roommates are responsible for the cleanliness of their room.
- Purchase your own commissary items, and do not get into loaning or borrowing.
- A reasonable amount of personal items are authorized for roommates. You are advised not to accumulate additional items which will jeopardize your allotment, and you may be required to remove some of the items to your personal property storage, and then sent home at <u>your expense</u>. If the items are not picked up within 30 days, they will be donated to a charitable organization.
- Inmates double-bunked as well as inmates in single cells are responsible for any contraband, or other unauthorized items. Contraband found may result in shared responsibility between the inmates. When ownership is questioned, the final decision will be made by the officer in charge.
- Items or furnishings will not be stacked or arranged to create hidden spaces or to block the view from the door entrance or windows.
- In single cells and double-bunked situation, caution must be exercised by the inmates. Immediately report unsafe conditions to the correctional staff. Fire alarms and equipment are available for emergency use only and tampering will be considered a serious misconduct.
- All beds are to be made and the rooms straightened up, swept and mopped before activities begin. Inmates working in other parts of the Prison must make up their beds and straighten up their rooms before they leave the cell block.

## Restricted Housing Unit Regulations

Institutional misbehavior may result in you being placed in a Segregation Block. Females who are placed into lock up because of misconduct will follow the same rules as those in the Segregation Block.

If you are assigned to this Block, the following regulations will prevail.

   a. You will not be allowed to take your radio and your personal property will be limited to:

- Religous materials
- Legal materials
- Stationary for correspondence

   b. If you ordered commissary prior to being placed in the Segregation Block, the only items you will receive are what you are allowed. The remaining

7/6/2006

items will be placed into your property until you are released from segregation.

c.  If you are placed into the Segregation Block, you will be restricted to your cell except for one hour of recreation per day, five days a week. During this time you will be allowed to go to the yard. You are to keep your cell clean and do your personal hygene during your recreation time. Hygene products will be supplied by the Prison

d.  You are not permitted to receive anything from another inmate while you are in the Segregation Block.

e.  You will not be permitted to use the Law Library while in Segregation. If you have any legal requests, you are to submit them to the Law Librarian for assistance.

## Standards of Behavior

Institutional life shall be governed by standards of behavior designed to promote correctional objectives and to maintain the general welfare of the institutional community. Behavior that deviates from such standards shall be handled by staff in the manner prescribed by this directive. The methods used by staff shall be for the purpose of bringing about voluntary compliance with the standards prescribed. Sanctions shall be imposed only when necessary and in the degree necessary to regulate the unacceptable behavior. Rules and regulations which define expectations and prohibitions and which apply throughout the prison shall be established in writing in the form of administrative directives issued by the Warden. Such misconducts, classified as Class I and II, in accordance with the following list, shall subject the inmate to the procedures of this directive.

You may also be charged with a criminal offense for acts committed in the Prison. Criminal charges brought against you for misconduct in the Prison will have no bearing on any disciplinary actions that may be taken against you by the Prison.

## Class I Charges
*   Violation of the PA Crimes Code or any other Federal, State, County or municiple law
*   Fighting or assaulting another person
*   Escaping, attempting to escape, or planning to escape, including failing to return from an approved community activity on time.
*   Setting a fire
*   Tampering with or blocking any locking device.
*   Possessing or introducing any weapon into the Prison.
*   Threatening another person.
*   Engaging in sexual acts.
*   Making sexual proposals or threats.
*   Indecent exposure.

revised 13 Aug. 03

Appendix 152

7/6/2006

- Wearing a disguise or mask.
- Failure to report an arrest for any violation of the Pennsylvania Crimes or Vehicle Codes (Work Release and outside Community Service workers only).
- Refusing to obey an order.
- Possession of contraband.
- Extortion, or blackmail.
- Tattooing, or other forms of self mutilation.
- Destroying, altering, tampering with, or damaging property.
- Refusing to provide a urine or breath sample.
- Violation a condition of a furlough or any other conditional or temporary release.
- Engaging in, or encouraging unauthorized group activity.
- Refusing to work, or encouraging others to refuse to work.
- Counterfeiting, forging, or reproducing any document, article of identification, security items, or official paper, without proper authorization.
- Breaking restriction or quarantine.
- Possession or circulation of a petition, which is a document signed by two or more persons requesting or demanding that something happen or not happen, without the written authorization of the Warden.
- Misuse of authorized medication.
- Using abusive or obscene language to an employee.
- Failure to stand count or interference with count.
- Giving or offering any official or staff member a bribe or anything of value.
- Loaning property or anything of value for profit or increased return.
- Encouraging facilitating, or otherwise conspiring with others to commit any prohibited act.
- Smoking or possession of tobacco or related paraphernalia.
- Repeated ClassII misconducts.
- Violating the conditions of Work Release contract, furlough or any other conditional or temporary release.

## Class II Charges

- Body punching, or horse play.
- Failure to report the presence of contraband.
- Presence in an unauthorized area.
- Lying to a Staff Member.
- Taking unauthorized food from the dining room or kitchen.
- Failure to report to work, or unexcused absence from work.
- Failure to work as instructed by a staff member.
- Gambling or conducting a gambling operation.
- Unauthorized use of the mail or telephone.
- Violation of visiting regulations (must be specified).
- Any violation of a rule or regulation in the Inmate Handbook not specified as a Class I misconduct.

revised 13 Aug. 03

Appendix 153

An attempt to commit any of the above listed charges shall constitute a misconduct of the same classification as the completed act.

## Misconduct Sanctions

The Disciplinary Hearing Board has the authority to determine whether or not you are guilty of the cited offense(s) based on a preponderance of evidence. Preponderance of evidence means that it is more likely than not that you committed the act(s) for which you were cited. Your simple denial of the charges shall not, in and of itself, refute your charges, nor shall absolute proof be required for conviction.

The Disciplinary Hearing Board may consider whether or not sanctions should be affected by mitigating circumstances.

In misconduct situations where more than one rule violation is cited, penalties and sanctions may be applied for each established violation.

An attempt to commit any offense shall be a misconduct of the same class as the actual offense. "Attempt" is defined as behavior which, if permitted to proceed to its logical conclusion, would result in an offense.

The Disciplinary Hearing Board may impose any or all of the following sanctions:
- Counseling.
- Reprimand or warning.
- Denial of privileges (up to 30 days).
- Unpaid work duty (up to 30 days).
- Segregation - Class I Violations (up to 90 days per violation)
- Restitution.
- Recommendation for transfer to another institution.
- Recommendation for criminal prosecution.
- Supsension or Removal from Work Release. (This is for violation of the Work Release agreement)

## Misconduct Reports

Inmates charged with any of the listed violations may receive a misconduct report.

## Service of Misconduct Reports

If an inmate is placed in pre-hearing confinement, the misconduct report shall be served within three (3) hours of the inmate's placement in pre-hearing confinement.

The inmate must fill out the Witness Request form and submit it to the block officer no later than 9:00 a.m. the next day. The block officer shall sign the Witness Request form, give a copy to the inmate, and forward the form to the Disciplinary Hearing Board. The inmate should bring the Inmate Version form to the hearing.

revised 13 Aug. 03

Appendix 154

## Misconduct Hearing

The Disciplinary Hearing Board shall conduct the misconduct hearing within seven (7) to ten (10) working days but not less than twenty-four (24) hours after notice of the charges are served. At the hearing, the charges will be read to the inmate. The Disciplinary Hearing Board will request the inmate's plea to each individual charge. The inmate may submit a written version or may orally present his or her version that shall be summarized as part of the record of the hearing. Up to three (3) relevant witnesses who have been properly requested, shall be permitted. One of the three witnesses may be the staff member who witnessed the misconduct violation, or the charging staff member

The inmate shall be permitted assistance at the hearing from any staff member or any inmate in general population status. The assistant must be willing to serve.

The inmate shall be permitted to meet with the assistant for an appropriate period of time before the hearing.

The inmate is not permitted to have legal counsel present at the hearing.

If the inmate is found guilty, a written summary of the hearing will be prepared which will include the facts relied upon by the Disciplinary Hearing Board to reach the decision, and the reasons for the decision. The summary shall also include findings of fact concerning the testimony of each witness presented. A copy of the written summary will be given to the inmate. The inmate shall be advised that he/she has five (5) days to submit a written request for appeal to the Chief Deputy Warden. If the inmate wishes to appeal the decision, the imate has the right to request any disciplinary action be stayed until the appeal process is completed. The Disciplinary Hearing Board will decide if the disciplinary action will be stayed until the appeal process is complete.

## Suspensions During an Emergency

In an extended emergency situation or extended disruption of normal institution operation, any provision or section of this policy may be suspended upon approval of the Warden.

# GENERAL INFORMATION

## Bail and Bondsman

While you are incarcerated in the Prison, you may want to contact a Bail Bondsman. The Prison staff is not allowed to make any recommendations towards any bondsman.

You receive information from the Magistrate upon your arraignment about bondsmen that the County recognizes. Please refer to this list for your selection.

## Classification

The Prison utilizes an Objective Jail Classification system to classify each inmate that comes into the Prison. This system is based on an inmates risk and needs. The inmate is also classified according to current and past charges as well as current and past institutional behavior. Inmates are classified into minimum, medium, or maximum security. Inmates can also be classified into Administrative Segregation according to criteria, which would place them at either at risk or place other inmates at risk due to the inmate's behavior.

You will be classified upon your commitment and will be scheduled for a reclassification every 60 days. If your status has changed for any reason, i.e.: sentenced, misconducts, or other reasons you will have to reclassified before any change to your housing will occur.

Due to your classification, you may or may not be eligible for certain programs offered inside or outside the Prison. As your security risk increases, your programming privileges decrease. Minimum security inmates will have the greatest amount of privileges and inmates in segregation will have the fewest amount of privileges available to them due to the increased risk they present.

## Clothing

The Prison will issue to each inmate one set of prison-issued clothes and one pair of shoes/sandals. Prison clothing is exchanged three times a week. Care of all clothing issued to an inmate will be the inmate's responsibility and he/she will be held accountable for its use. The Prison will not be responsible for any personal clothing inmates are permitted to retain. An officer may request the cleaning of an inmate's clothing at any time he/she believes it necessary to preserve the sanitary condition of the Prison.

Complete Prison uniforms, consisting of the uniform pants, shirt, and shoes (slippers) must be worn between the hours 0800-1700 Monday through Friday. After hours, you may wear prison issued pants, a plain white T-shirt or prison shirt.

T-shirts may not have any writing or other graphic design on them, unless they are purchased from the prison.

All clothing must be worn and kept in the condition as designed by the manufacturer.

You must be fully and properly clothed when outside your cell. This includes shirt and pants, socks, shoes. Pants must be pulled up around the waist. Your T-shirt must be tucked into your pants, NOT into your undershorts. Your uniform shirt does not have to be tucked into your pants. Pant legs cannot be "pegged", although you will be allowed to roll up pant legs that are too long.

Inmates going to or returning from the showers are to be fully clothed when outside of the shower areas.

Appendix 156

Athletic type shoes may only be worn to the rec. yards. At all other times the Prison shoes shall be worn. An exception will be in inclement weather. During which, personal shoes may be worn to court related activities or appointments.

Any shoes that an inmate would need can be purchased through commissary.

## ALL INMATES WILL BE ISSUED PRISON UNIFORMS UPON COMMITMENT

**Although Work Release inmates are permitted to have one set of street clothes in their cells for laundering, they are not permitted to wear street clothes inside the facility at any time and must wear the Prison issued uniform when inside the facility.**

You may have one set of dress clothing brought in for court purposes, which will be placed in the property room. If you do not have a set of clothes for court, the Prison has a limited selection of clothing and will loan you a set for your court appearance. Street clothes may only be worn to court for jury selection and trial. At all other hearings, the standard Prison uniform shall be worn.

The Venango County Prison will not be responsible for personal clothing that is lost, stolen, or destroyed. If you desire, a laundry marker will be provided to mark your personal items of clothing.

## Commissary

Keefe Supply Company operates the Venango County Prison Commissary. Keefe Supply is a national wholesale distributor and has a broad range of items to sell. Commissary will be handed out once a week. Your order **must** be called in by 0900 hours each Tuesday. All prices charged through commissary will be set at a fair market price.

**If you order Commissary and are released prior to receiving your order. You have 72 hours to pick up the order. If you fail to pick up the order, it will be placed into an account for indigent inmate use. The Prison will not issue a credit for items you have already ordered.**

**You are not permitted to transfer items that are purchased through commissary to other inmates or to transfer money to inmates for commissary use.**

## Contraband

You are prohibited from having in your possession or under your control, any item that was not issued to you by the County of Venango, purchased by you in or through the approved inmate commissary procedures, or authorized for you by the institution.

Appendix 157

7/6/2006

Except as specifically authorized for a proper purpose and under adequate supervision, no inmate shall have in his possession or under his control any instrument or tool that could be used effectively to escape or aid in any assault or insurrection.

**Possession of contraband, which violates the Pennsylvania Crimes Code, may result in having criminal charges brought against you.**

Contraband includes:
- Tobacco Products, matches, or lighters
- Money
- Implements of escape
- Unprescribed drugs or drugs which are prescribed, but which the inmate is not authorized to possess.
- Intoxicants or materials used for fermentation
- Poisons
- Weapons
- Property of other persons
- Any item which poses a danger to others and for which the inmate can provide no legitimate justification for it's possession, including any petition or other unauthorized writing which is apparently intended for distribution or circulation.
- Excessive amounts of commissary items.
- Any item that has been altered from its original design or construction.

## Drug Testing

You may be required to provide urine samples, which will be tested, for the presence of drugs or prohibited substances. These samples may be collected regularly (as part of your participation in a program), when there is suspicion that you have used a prohibited substance, or done as a random sample of the inmate population.

A urine sample must be provided within 2 hours of a request to do so. Samples are collected under supervision and you will be asked to personally seal and initial each sample, thereby beginning the chain of custody. The chain of custody will be strictly observed.

Positive results found for any sample may be confirmed with a second test if you request it. You will be required to pay the cost of the test prior to it being sent for confirmation. You will be provided a copy of the test results report if you request it. You are not entitled to have a test done on the sample using your own procedure or laboratory.

## Educational opportunities
### G.E.D.

If you do not have a high school diploma or a G.E.D. and are over the age of 21, you may request to study for a G.E.D.. If you would decide to work towards this

Appendix 158

goal, you should write a request stating your desire to achieve your G.E.D.. G.E.D. programming is provided by the Literacy Council of Venango County and tutors will be brought in to help you. The Prison is an approved testing sight and all course work can be completed here.

## High School Diploma

Any inmate under the age of 21 years who has not obtained a high school diploma has the right to attend school classes conducted by the Franklin School district inside the Prison. This also includes inmates who have previously earned a G.E.D.. These classes will help you achieve your high school diploma while you are incarcerated in the Prison.

## Segregation Inmates

Inmates who have been placed into segration may not attend the regular class room instruction. If you are in Adminstrative Segregation, you may write the Warden and request permission to attend the class room instruction. The Warden will make a decision based on the reason for Adminstrative Segregation. Inmates who are in Disciplinary Segregation will not be allowed to attend the classes while serving the misconduct time.

For any inmate in segregation, the teachers will have the option of having you brought down to the class room for "one on one" instruction or seeing you in your cell for instruction.

## Refusal to attend classes

Inmates who are attending classes may not refuse to attend. Any inmate who refuses to attend a class will be placed in lock down status while the class room sessions are being attended. Repeated refusals may result in your being terminated from the program.

Also, any disruptive behavior while attending class will result in your being removed from the class for the evening and may result in your being terminated from the program.

## Fire / Emergency Drills

Fire/emergency drills will be conducted at various times. Upon notification that a drill or actual fire is taking place, you are to exit your housing area in a quiet, orderly manner as directed by the officer in charge.

Fire/emergency drills are to be treated as if an actual emergency exists.

Failure to follow evacuation procedures and orders as given by the staff will result in disciplinary action and/or criminal prosecution.

## Indigent Inmates

Indigence is defined as any inmate who presently has no money in his/her account, has had no money in his/her account within the last fourteen days, and has no prospects of receiving any money within the next two weeks.

revised 13 Aug. 03

If you are without funds, The Prison will provide you with one stamped envelope and writing paper per week and toiletry items. These will be handed out by the daylight O.I.C. each Sunday. If you are indigent, the Prison will provide postage to mail legal documents to the courts or legal counsel.

## Inmate Grievance Procedure

It is the policy of Venango County Prison to provide all inmates with an internal grievance procedure for resolving complaints arising from institutional matters, so as to reduce the need for litigation and afford staff the opportunity to improve prison operations.

The grievance procedure is designed to supplement, but not replace, the informal communication process via the Inmate Request form.

### Procedures

An inmate may file a grievance at any time to bring a problem to the staff's attention, or to appeal a specific action such as a disciplinary sanction. An inmate may file a grievance only for him or herself, although an inmate may assist another inmate in filing a grievance.

A grievance may be initiated for an alleged violation of civil, constitutional or statutory rights or of policy; an alleged criminal or prohibited act by a staff member; to resolve a condition existing within the Prison that creates unsafe or unsanitary living conditions.

- Only one grievance may be filed at any one time on a single incident or item of concern.
- An inmate may withdraw a previously filed grievance at any time.
- No staff member may retaliate against an inmate filing or withdrawing a grievance.
- An inappropriately filed grievance or one that concerns a nongrievable issue will be returned to the inmate.

### Grievance Classifications

Grievances will be classified as either an informal, standard, or emergency grievance.

### Informal:

An inmate may voice an informal grievance to any staff member at any time. When presented with an informal grievance, that staff member may initiate corrective action, if the action is within the normal scope of his/her responsibility. However, if an inmate voices a grievance to a staff member that is beyond the scope of that employee's authority and appears to require prompt attention, that person will notify the Officer in Charge of the grievance as soon as practical.

### Standard:

Any time within five (5) days after a potentially grievable event has occurred, an inmate may file a formal, written grievance. The inmate will be provided with a

grievance form by a staff member. The staff member will instruct the inmate on the basic requirements for completing the form if the inmate so requests. The staff member will accept the written and completed form from the inmate and forward to the Officer in Charge, who may then attempt an informal resolution. However, if not resolved informally within 48 hours, the Officer in Charge will refer the issue to the Deputy Warden of Treatment for a review of prison policies and procedures to determine if any have been violated.

The Deputy Warden of Treatment may seek to remedy the grievance within seven (7) days through an informal resolution in which both parties agree verbally on a remedy or through a formal resolution in which all remedies and dispositions are proposed in written form, with copies to the inmate, Inmate's file, and Warden. The record of the final written formal resolution will be returned to the inmate within thirty (30) days of receipt.

### Emergency:

Emergency grievances are those involving an immediate threat to the welfare or safety of an inmate. Processing for emergency grievances will begin with the initial determination by the receiving staff member that the issue raised is life-threatening. Emergency grievances may be given directly to the Officer in Charge by an inmate. If the Officer in Charge determines the grievance is an emergency matter, it will be given immediate attention. If resolved at the shift level, a report will be prepared by that supervisor for the Warden, describing the nature of the problem and the resolution achieved. Emergency grievances that cannot be resolved at the shift level will be channeled, without delay, through the chain of command until reaching a level where action can be taken. If after consideration, the Officer in Charge determines the matter is not an emergency issue, standard processing will apply.

### Grievance Committee

In the event a grievance can not be resolved to the inmate's satisfaction by the Deputy Warden of Treatment within seven (7) days. A Grievance Committee will be convened to resolve the issue. The Grievance Committee will consist of, but is not limited to, the Chief Deputy Warden, a District Justice, and one Correctional Officer not involved in the matter being grieved. The inmate may appear before the Grievance Committee to present the case. The Committee will review all facts discovered in the investigation and any additional information presented by the inmate in person and will make a decision within five business (5) days.

### Appeals of Grievance Committee Decisions

Inmates who are dissatisfied with the resolution of a grievance by the Grievance Committee will have five (5) working days after receipt of the notice of decision to appeal to the Prison Warden. The Warden will have ten (10) working days to make a determination on the appeal and to reply to the inmate. The reply will be in writing, and the inmate will sign to indicate he/she has received notification of the appeal decision. **The Warden's decision as to the inmate grievances will be final.**

## Inmate Request forms

There will be times when you need to communicate with the Prison Adminstration or other agencies. To do this, you will need to ask a Corrections Officer for an Inmate Request form. On this form, you will write your request. This request will be submitted to the O.I.C. and referred to the appropriate person or agency if the O.I.C. is not able to answer the request at that time.

## Laundry

The Prison has set the following schedule for laundering items you are issued or your personal clothing:

Whites:  Monday, Wednesday, Friday
Colors:  Tuesday and Thursday
Linens:  Sunday

## Law Library

A Law Library is maintained in the Prison for the use of the inmates. To use the Library, you need to submit a request to the O.I.C. and a time will be arranged for you to use the library.

If you have any research questions or requests. You need to submit them in writing to the Warden's Office and they will be forwarded to the Courthouse's Law Librarian. If the information you request is currently in the library, the Law Librarian will not send you the information.

If you are in either Disciplinary or Administrative Segregation, you will not be permitted to go to the Law Library. You will be able to make requests to the Law Librarian for assistance.

No materials may be removed from the Law Library.

**If you are found guilty of stealing, damaging, or defacing any Library material, you will be held accountable for restitution and possible criminal prosecution.**

## Legal Representation

While you are in the Venango County Prison, you are entitled to receive legal counsel.

### Public Defender

If you can not afford to hire an attorney, you can apply for a Public Defender. To apply for a Public Defender you need to:

1. Obtain an application from a Correctional Officer.

2. Fill out the application and advise the OIC that you want to submit your application to the Public Defender.

3. You are to hold onto your application until you meet with the Public defender's representative.

revised 13 Aug. 03

VCP 000000196

Appendix 162

4. If you are accepted for representation by the Public Defender's office, you will be notified by them who your attorney is.

5. Corresponding with your Public Defender may be accomplished by either writing them a letter or requesting that their phone number be added to your phone list so that you may call their office.

**Please be advised that the Prison staff can not require an attorney come see you. All the staff can do is deliver the message that you want to see your attorney.**

## Private Attorneys

While at the Prison, if you want to hire a private attorney, you will be given the opportunity to call any legitimate attorney. If the call is long distance, the call will be made collect.

If you have retained a local attorney, you will be able to call the attorney from a cell block phone. You will need to submit a request advising you have retained a private attorney and their phone number.

If you have retained an attorney who is not local, you will need to submit a request to the O.I.C. to call the attorney. All long distance calls will be made collect.

The Prison staff can not and will not advise any inmate on the selection of an attorney.

## Attorney Visits

Legitimate attorneys of record shall have access to visitation during normal business hours. After normal business hours, an appointment is required and will be scheduled at the convenience of the Prison.

## Mail

Inmates may correspond with friends, family, attorneys, and legitimate business contacts. There is no limit on the number of letters you may send or receive.

Indigent inmates shall be permitted to mail one first class letter, per week at no cost. These free stamped envelopes are not to be traded or exchanged with other inmates. Stamps or other writing materials may not be received through the mail.

## Incoming Mail

Incoming mail is not read or censored unless there is reasonable suspicion to believe it may contain information which would jeopardize the security of the Prison.

Packages - All packages will be returned to the sender unless it contains legal or reading material and is clearly marked on the package. If no return address is marked, the item will be placed into your property and you will have 14 days to remove it from your property. At the end of this time, the package will be donated to a charitable organization.

Any inmate wishing to receive magazines or newspapers, must have them mailed directly from the original source. Publications mailed directly from the

publishers, book stores or distributors, will be deemed to have come from the original source.

There shall be no artwork, drawings, or markings of any type on the envelope.

Publications will not be accepted that contains the following contents:

1. Information regarding the manufacture of explosives, incendiaries, weapons, escape devices, other contraband, or tattooing.
2. Instructions regarding the ingredients or manufacture of poisons, drugs, or intoxicating beverages.
3. Writings which advocate violence, insurrection, or overthrow of the government or any of it's institutions.
4. Material which portray, depict, or expressly encourage violent or assaultive sexual conduct.
5. Pictures which portray sexual acts or nudity.

Publications will not be excluded for the sole reason they are critical of penal institutions in general or any particular institutions.

## Legal Mail

Mail from your legal counsel is considered "privileged" under the law. Such mail is examined from contraband. It is not read. It is not opened, except by you, in the presence of VCP staff

## Outgoing Mail

All outgoing mail shall include on the envelope, the inmate's full committed name and the address. Print your name on the upper left hand corner with the Prison's name and address below your name. Envelopes not bearing this information shall be opened and returned to the sender. All outgoing mail should be sealed. There shall be no artwork, drawings, or markings of any type on the envelope.

Writing privileges between correctional institutions is prohibited, unless you have written permission from the Warden or Chief Deputy Warden for the following exemptions:

a. husband-wife
b. parent-child
c. sibling relationship

There will be no correspondence between inmates inside Venango County Prison. Unless there is a verified relationship as in subsection a. or b. listed above and written permission is granted by the Warden or Chief Deputy Warden.

Also, there will be no correspondence between inmates on house arrest without permission of the Warden or Chief Deputy Warden.

If you wish to send out money from your inmate account, you must submit a request to the Commissary Officer and they will assist you in this matter. Any request that is canceled by the inmate after the check has been issued will be subject to a $5.00 processing fee.

revised 13 Aug. 03

Appendix 164

## Medical Services

The Venango County Prison will provide medical care for the inmate population. To provide this care, the Venango County Prison will provide nursing care five (5) days a week and hold sick call Monday - Friday. Any inmate wanting to see the nurse or the doctor must complete a sick call request. If after being examined by the nurse, an inmate needs to see the doctor the inmate will be scheduled to see the doctor on his next scheduled visit.

### Sick Call

Inmates will be charged a $3.00 administrative fee for a medical evaluation by the nursing staff. This fee is used to help deter inmates who do not need medical care and clog up the medical services with unnecessary requests for service.

### Doctor's Call

Inmates referred to the doctor by the nursing staff after an evaluation at sick call will not be charged a fee to see the doctor.

Inmates who are not referred to the doctor by the nursing staff, but request to see the doctor will be charged a fee of $5.00 for this service. The inmate will not be charged this fee if the inmate should have been initially referred.

### Exceptions from the Medical Fee

No fees will be charged for initial commitment medical screening, psychiatric services, or emergency services.

Follow-up care ordered by either the nurse or doctor is exempt from the fee.

The Medical Fee, if any, for medical "emergencies" will be assigned at the discretion of the medical department supervisor. Some examples are listed below:

- A twisted ankle from activities in the Rec. yard is not necessarily an emergency and may result in a fee.
- A cut requiring stitches would most probably qualify as an emergency which would result in no fee being charged.
- Treatment provided as a result of behavior which is criminal or in violation of Prison policy will result in a fee.

## Over the Counter Medication & Supplies

An inmate wishing to obtain "over the counter" medication will have to sign a form stating that they have received this medication and agree to have the price of the medication deducted from their commissary account. An inmate who refuses to sign the form will still receive the medication, and the cost will be deducted from their account.

Indigent inmates will be able to obtain over the counter medications and the cost will be added as a negative balance to their account. When an indigent inmate receives money, a percentage of the money received will be used to help offset any negative balance they have accrued.

No one will be denied any "over the counter" medication because they cannot afford to purchase the medication through either commissary or from the Prison.

**"Over the Counter" medications will only be handed out during the regular medication times.**

Any "Over the Counter" Medications must be kept in the original packaging. Any medication not in its original packaging will be considered contraband.

## Medication

During the day, medication will be called at set times. If you have been prescribed medication, you will come to the cell block door with a glass of water and go one by one to receive your medication. Unless your prescribed medication reads "as needed", you are to respond to the medication call. If you do not want your medication, you will tell the block officer you are refusing your medication.

**Any prescribed medication found on your person or in your cell will be treated as contraband.**

## Dental Services

The County will take care of extractions or fillings, which ever is cheaper, upon order of the prison physician or dentist. The County will not pay to have teeth capped, nor will we pay to have dentures altered or made.

## Mental Health Services

Mental Health counselors are available to the inmate population on an as needed basis. If you feel that you need the immediate services of a mental health counselor, you need to contact the O.I.C.. If you want to see the mental health counselor on their normally scheduled time, you are to submit a request to the Nurse.

## Vision Care

The County will not provide eyeglasses or contact lenses for any inmate. Any eyewear that is necessary will be at the inmate's own expense.

# Money

The Prison will only accept cash money at the time of commitment.

The Prison will only accept money orders sent through the mail, any other form of currency or checks will not be accepted and will be returned at the receiving inmate's expense. It is your responsibility to inform anyone who would send you money of this policy.

**Cash, checks, or money orders will not be accepted during visitation times.**

It is against Prison policy for Inmates to have money, checks, money orders, or any form of currency in your possession. Possession of any of these items shall be considered possessing contraband and will result in a misconduct.

You are allowed to receive government checks, checks from another institutions, and money orders. Certified checks, cashiers checks and personal checks will not be accepted.

The Prison will not be responsible for cash sent through the mail.

You will receive a receipt for all money placed into your account.

## Personal Hygene

Hair, beards, mustaches will be trimmed as often as necessary to maintain hygiene and safety standards. Adequate shower facilities are provided for you and you are expected to make every effort to be neatly dressed and conscious of your personal hygiene at all times. If personal cleanliness (failure on your part to keep clean) becomes a problem, a staff member will notify you and you are required to correct the situation.

## Personal Property

Each inmate shall be responsible for authorized personal property in his possession. The institution will not be responsible for personal clothing destroyed or stolen.

When transferred from one facility to another, all personal property will be properly inventoried by the inmate in the presence of an officer. Both will sign the inventory sheet.

## P.R.A.B. – Pre-Release Advisory Board

P.R.A.B. was formed to assist the Court of Common Pleas on matters concerning inmates housed in the Prison or on house arrest. This Board is composed of the Warden, the Director of Intermediate Punishment, the county parole supervisor of the P.B.P.P., and a member of drug and alcohol treament, and a member from MH/MR, or their designees.

Any inmate who is serving a County sentence for a period of more than 60 days, or is serving a parole revocation sentence must be reviewed by P.R.A.B. before being released.

Several criteria are considered before making a recommendation on whether an inmate should be paroled at their minimum release date. Your conduct and participation in programs while in the Prison can have a significant bearing on whether you are released on your minimum.

P.R.A.B. makes a **recommendation** to the Judge of record, who then decides what action will be taken regarding the inmate.

## Recreation

The Venango County Prison has both an indoor and an outdoor recreation yard.

Inmates will be offered two hours of recreation per day in either the indoor or outdoor recreation areas.

1. Weather permitting, inmates will be permitted to go to the outside yard for recreation. Recreation times will be announced for indoor and outdoor recreation areas.
2. Inmates who wish to use the recreation yard will go to and from in an orderly fashion.

revised 13 Aug. 03

3. Inmates going into the recreation yard will remain there for the duration of the session. Exception will be for court appearances or other appointments.
4. **NO** horseplay, arguments or altercations will be permitted.
5. When recreation time is over, inmates will proceed directly from the yard back to their cell block.
6. Equipment used in the recreation yard will be used for its intended purpose only.

Inmates in Segregation are entitled to one hour of recreation five days a week.

## Reimbursement / Restitution

The Venango County Prison has adopted a policy of requiring anyone committed to the Prison to pay an administration fee of $25.00. This fee will be deducted from any money you have upon your commitment. If you do not have $25.00 upon your commitment any money you receive while an inmate will have a portion deducted until it is paid in its entirety. You are also required to reimburse the County for any medical expenses incurred on your behalf while you were incarcerated. Upon your release, you will be given a bill for any outstanding medical expenses paid on your behalf. Failure to keep your payments timely could result in a hearing before the Court of Common Pleas for non-compliance.

Also, Title 42. Section 9728. b.5. states:

The county correctional facility to which the offender has been sentenced or the Department of Corrections shall be authorized to make monetary deductions from inmate personal accounts for the purpose of collecting restitution or any other court-ordered obligation.

The Prison will not be issuing a check to you upon your release. If you have any money in your account, it will be used to offset any money owed the Prison or any other Act 84 obligations. Any remaining money will be mailed to your home address.

**It is your responsibility to make sure the Prison has a correct address.**

Upon your release, you are required to make payment in full the amount owed, or set up a payment plan for reimbursing the County. If you fail to make timely payments, your account will be turned over to the County's Collection Officer. Failure to keep your payments timely could result in a hearing before the Court of Common Pleas for non-compliance.

If you are recommitted to the Prison and owe the Prison from a previous incarceration, a percentage of any money you receive will be deducted to pay off any outstanding amount. The Prison will never deduct more than 60 percent of any money you receive for reimbursement.

## Religious Activities

The clergy of the area meets the religious needs of the inmate population. If you practice a recognized faith that is not represented by the Prison Ministry, reasonable efforts will be made to assist you in practicing your faith.

To attend any service, you will need to sign up for the service you want to attend. You may only sign up for one service on Sunday.

Days of Services:
Thursday - Visiting Ministry - with ministers pre-approved by the Prison Ministry Board.
- Bible Study
Sunday   - Church Services

Participation or non-participation in religion is a matter of voluntary choice on the part of each inmate.

The only items you can take to the chapel are a Bible and writing equipment.

**If you cause any type of disturbance, you will be removed from the service and may lose future participation privileges.**

## Riots, Hostages, and Disruptive Behavior

No inmate shall in any manner impede, obstruct, or handicap an employee in the performance of his/her duties; nor engage singularly or in concern with others in action or conspiracy to escape, riot, or disrupt normal institution routine; nor detain or hold as hostage any other person.

It is the policy of the County of Venango that there shall be no negotiation until the institution is brought under control and hostages, if any, released.

Furthermore, any employee taken as a hostage loses his rank, identity, and authority as an official while being held as a hostage. Any orders or requests made by such hostage will not be recognized nor acted upon by the other staff.

During a hostage situation, there will be no change in policies of the institution. The standing orders and functions of all employees not held hostage will remain unchanged. Taking hostages and making threats will not cause or aid in release. Persons holding hostages will not be excused from prosecution. Refusal to lock-up when ordered to do so will be considered disruptive behavior and inciting a riot.

As the result of a general institutional disturbance or an incident which could result in the loss of control, all inmates maybe confined to their own cells upon approval of the officer in charge of the institution. This action may be taken pending the restoration of order and a determination that normal institutional operations can be safely resumed.

## Searches

The Introduction and presence of unauthorized weapons and other contraband presents serious threats to the security and management of any correctional

facility. Therefore, all persons and property coming into, leaving from, or present on the property of Venango County Prison, are subject to search at anytime.

Searches will be conducted in a reasonable manner so as to avoid embarrassment to the person searched and to protect the property searched.

Cells will be randomly searched on a regular basis.

Personnel conducting the search will not subject the cell to purposeful or unnecessary disruption and all precautions will be taken to avoid damage to any item.

Any item which is contraband or evidence of a crime or misconduct found on anyone or anywhere on prison property, will be subject to immediate seizure.

Excessive County issued items will be confiscated by prison personnel.

An inmate who's cell has been randomly chosen to be searched will be notified by an officer prior to the search and will be permitted to be present during the search, unless, the ranking officer on duty determines:

1. The presence of the inmate would present an immediate threat to the security of the institution or the safety of another;
2. The search is being conducted under emergency conditions; or
3. The inmate's presence will impair an investigation of criminal activity or violation of any prison rule or regulation.

Security inspections of inmate cells are not cell searches and are exempted from the preceeding paragraph of this directive. The inspections will include observation and testing of structural components of the cell. Inmate personal property will not be searched or disturbed during a security inspection except to the extent necessary to gain access to the structural components of the cell. The presence of the inmate occupant(s) is not required during a security inspection.

Any contraband observed during a security inspection will be confiscated by prison personnel.

All inmates are subject to search at any time. All inmates will be searched upon their return from outside the Prison.

Pat searches of male inmates by female staff members is permitted under Pennsylvania law. Refusing to be pat searched will result in disciplinary action.

## Smoking

The Venango County Prison is a tobacco free institution and smoking or use of tobacco products is prohibited. Possession of tobacco or smoking related items is considered contraband and is subject to a misconduct.

## Telephone

Telephone calls are a privilege. Telephones are provided in each cell block allowing reasonable and equitable access to all inmates. All calls are collect and limited to approximately 15 minutes.

Appendix 170

7/6/2006

To use the inmate phone system, you will need to fill out a form with the names and phone numbers and addresses of up to ten (10) people you wish to be able to contact.

You may occasionally be told the number is restricted. This could be for several reasons. The most common are for the receiving party having excess charges accumulated and not paid for, or you have exceeded a weekly number of calls to that phone you are trying to call.

**You may only make changes to your telephone list on the first of the month. Changes requested at any other time will be refused.**

You may never call the Judge's Chambers, D.A.'s Office, Warden's Office, or any other County Department.

### Telephone Charges

The Prison phone system utilizes a private company to provide phone service to the inmates. The rates charged to the called party's phone will be approximatly equal to the prevailing rates of making a collect call through Verizon for local calls and any major long distance carrier such as AT&T or MCI for long distance calls.

## Television

Television viewing is a privilege.

All selections for viewing will be decided by majority rule. If you can't come to an agreement, the O.I.C. will make the final decision. If necessary, the O.I.C. may have the television turned off for a period of time due to problems arising from the television.

Extra viewing needs the authorization of the Officer in Charge. The exceptions to this would be if a movie or a sporting event ran past the normal lock-up time. The only way you can finish viewing the program to it's entirety is to have viewed it from the start. If you want to finish watching a program, you must notify the O.I.C. of the possibility of the program running past Lock-up. The Officer in Charge makes the final decision.

## Visitation

While you are here, you are allowed visits from your friends and family as well as attorneys and the clergy.

For you to receive visits from friends and family you will have to fill out a visitation list of up to ten (10) visitors. The information must be filled out completely for you to receive visits.

Attorneys can visit during normal business hours during the work week. Any other times require an appointment approved by the Prison.

Clergy may visit you during regular visitation or on Thursdays during the regularly scheduled Prison Ministry visitation. All Clergy must be approved by the Prison Ministry before they are allowed to visit an inmate.

revised 13 Aug. 03

Appendix    171

7/6/2006

**A Photo ID is required for visitors to be allowed entrance into the Prison. You are required to notify your visitors of this requirement.**

Changes to your visitation list can only be made at the first of the month. Changes made at any other time will be refused.

No one under the age of 18 years of age will be allowed in the Prison without a parent or legal guardian. If a juvenile is not kept under control and causes a distraction, they will be asked to leave the Prison and may not be allowed in the Prison in the future.

All visitors are subject to search by Prison Staff. Visitation may be restricted or suspended or special security precautions imposed for violations of visiting rules or as warranted by the temperament of the inmate involved.

Alcoholic beverages, narcotics and drugs are not permitted anywhere on the grounds or inside the institution. Any visitor found with any of the above inside the prison or on prison grounds will be prosecuted.

**Visiting Times**

| Monday | A-Block | 6:00 – 8:30 p.m. |
| Tuesday | B-Block | 6:00 – 8:30 p.m. |
| Wednesday | F-Block | 6:00 – 7:30 p.m. |
| | Segregation | 7:30 – 8:30 p.m. |
| Thursday | C-Block | 6:00 – 7:30 p.m. |
| Friday | G-Blocks | 6:00 – 8:00 p.m. |
| Saturday | W-Block | 6:00 – 7:30 p.m. |

If your visitation day falls on a scheduled sentence court day. It may be cancelled and made up on the following Saturday.

## Work Release and Community Service

Inmates who are sentenced to the Venango County Prison and already employed may be allowed to go to work if so granted by the Judge. Before any inmate may be allowed Work Release, they have to be classified, meet with the Deputy Warden of Treatment, and their employment verified. If accepted for Work Release, you will be permited to go to work up to six (6) days a week. You will be responsible for paying "Room and Board" as well as other fees to the Prison each week. Failure to obey your work release agreement or make timely payments can result in your being temporarily or permanently removed from Work Release.

Anyone who is on Work Release must remember that this is a privilege and any violation of the Prison's rules and regulations or any violation of the Pennsylvania Crimes or Vehicles Codes may result in the loss of your Work Release privilege.

**Once your work release privilege has been revoked due to violations, it will not be given back. This includes any future incarcerations.**

### Job Search

All questions concerning Job Search or Work Release must be submitted to the Deputy Warden of Treatment.

revised 13 Aug. 03

Appendix    172

## Community Service

An inmate may be accepted into the Community Service Program if recommended by the Prison Staff. This gives indigent inmates an opportunity to offset fines and costs by working for governmental and non-profit organizations while incarcerated. All participants are subject to the additional conditions provided by the Director of Court Supervision or the Prison.

Community Service is utilized by several County agencies and other non profit organizations. Sentenced inmates are routinely given community service hours to complete and are given the opportunity to fulfil these hours.

Contact Court Supervison Supervison Services to see what programs you might eligible for.

After completing any community service hours an inmate may have, they can continue to work and acquire "earned time" for the work they do. By earning time, they can work off any fines and costs that they owe at the prevailing minimum wage. After working off any fines and costs, they then can earn time off of their sentence at a rate of 8 hours work for one day of "earned time".

An inmate who commits a misconduct while performing community service may lose the hours they have earned. This will be at the discretion of the Director of Court Supervision.

7/6/2006

# VENANGO COUNTY PRISON



# EMPLOYEE PERSONNEL MANUAL

VCP 000000014

7/6/2006

This manual contains information about your job. It is intended as general instructions of the principles, rules, and regulations under which you are to function. It does not replace the Policy and Procedures that have been created for the operation of the Prison, but to give you an overview of the duties and functions you will encounter during your work hours. It is solely for the use of employees and is not to be shared wit inmates or non-employees.

This manual is Venango County property and must be returned upon your separation from employment.

Ronald Snyder
Warden

Created 11/9/2004                    1

MANAGEMENT PHILOSOPHY & GOALS ...........................................................4
ORGANIZATIONAL STAFFING OF VENANGO COUNTY PRISON .....................6
ORGANIZATIONAL POSITIONS AT THE PRISON ............................................6
GENERAL PERSONNEL ORDERS AND STANDARDS OF CONDUCT .............7
SECURITY-GENERAL REGULATIONS FOR VENANGO COUNTY ..................13
KEYS AND LOCKING DEVICES ....................................................................13
UNIFORM DRESS ...........................................................................................14
ENTRANCE PROCEDURES............................................................................15
RESTRICTIONS ON OUTSIDE EMPLOYMENT .............................................16
EMPLOYEE POLITICAL ACTIVITIES .............................................................17
DISCIPLINARY PROCEDURES AND GRIEVANCES......................................17
DRUG AND ALCOHOL POLICY ......................................................................18
SEXUAL HARASSMENT POLICY....................................................................19
E-MAIL AND COMPUTER USAGE ..................................................................38
CELL PHONES AND PAGERS ........................................................................42
PUBLIC & MEDIA CONTACT ..........................................................................43
RELEASE OF INFORMATION .........................................................................43
CONTROL ROOM OPERATIONS ....................................................................44
USE OF FORCE AND RESTRAINTS ..............................................................45
FIRE PREVENTION, RESPONSE and EVACUATION ....................................46
ESCAPE PLAN ................................................................................................50
RIOTS, HOSTAGES, AND DISRUPTIVE BEHAVIOR.....................................56
BOMB PLAN....................................................................................................58
HOSTAGE PLAN .............................................................................................59
INMATE ORIENTATION PROCEDURE ...........................................................61
RELEASE OF INMATES ..................................................................................67
PRE-TRIAL DETAINEE STRIP SEARCHES ...................................................67
INMATE PROPERTY PROCESSING AND SEARCHES..................................70
   STRIP SEARCH PROCEDURE.....................................................................71
   CLOTHED SEARCH PROCEDURES ............................................................72
   SEARCHES OF INMATE'S CELLS................................................................75
INMATE STANDARDS OF BEHAVIOR.............................................................78
INMATE GRIEVANCE PROCEDURE ..............................................................81
   Informal: ......................................................................................................85
   Standard: .....................................................................................................85
   Emergency: ..................................................................................................86
INMATE CORRESPONDENCE/PUBLICATION POLICY .................................86
INMATE VISITING POLICY ..............................................................................87
SUICIDE PREVENTION POLICY .....................................................................89
APPENDIX.......................................................................................................91
   ACA Code Of Ethics.....................................................................................108
   POST ORDERS .............................................................................................109
      Block Officer ............................................................................................111
      C-Block Officer.........................................................................................111
      Central Control Officer .............................................................................114
                                                                                             116

Created 11/9/2004                         2

Appendix   176

1st Floor Control Officer ....................................... 118
Receiving Officer ............................................... 120
Records/Booking Officer ........................................ 122
Recreation Officer ............................................. 124
School / Mail Officer .......................................... 125
Sergeants & Corporals .......................................... 127
Support Officers ............................................... 130
Transport Officer .............................................. 132
Visitation Officer ............................................. 134
SHIFT DUTIES ................................................... 135
0700 - 1500 HOURS .............................................. 135
1500 - 2300 HOURS .............................................. 138
2300 - 0700 HOURS .............................................. 140

Created 11/9/2004

3

Appendix   177

# MANAGEMENT PHILOSOPHY & GOALS

## Mission Statement

The mission of the Venango County Prison is to ensure the safety of the County's residents and the Prison Staff. In addition, the Prison will provide a safe, secure, and human environment for the inmates who require secure confinement while either awaiting adjudication of their charges, or are serving a sentence in the Prison.

## Philosophy

The Venango County Prison exists to provide high-quality detention services in a safe, humane environment for the Inmates housed in its facilities. The Prison and its related policies, procedures and requirements are established in accord with applicable statues and regulations with the goal of ensuring public safety by providing professionally managed detention services to confined Inmates, pursuant to judgments of the courts. The Prison offers the widest practice range of detention options, including institutionalization, community programs and other similar sanctions to best serve the needs of society and individual Inmates, enhancing Inmates' ability to return to the community and live in a law-abiding manner.

The Prison administers its programs in an equitable manner, in the least restrictive environment consistent with public safety. The Prison operates under the principle that all administrative and management decisions either directly or indirectly affect the facility's security and treatment goals. In that connection, facility staff can serve as an important and productive role model for Inmates, conveying main stream societal values to the Inmate population.

## Goals

The Venango County Prison has as its prime goal the operation of a safe, humane facility that provides a place of punishment, but that offers programs and services that offer Inmates opportunities for positive change. Former Chief Justice Warren E. Burger, said while discussing imprisonment in 1970 in the <u>American Bar Association Journey (April, 1970):</u>

> "We take on a burden when we put a man behind walls, and that burden is to give him a chance to change. If we deny him that, we deny his status as a human being, and to deny that is to diminish our own humanity and plant the seeds of future anguish for ourselves."

The Venango County Board of Inspections, Warden and other Prison Management staff believes that how the individual is treated in the local prison will have a great impact--whether positive or negative--on his future behavior. Thus, the prison's overall goals and management strategy are clearly defined and codified throughout all prison policies, procedures and requirements and the

Created 11/9/2004                    4

Appendix 178

7/6/2006

Administrators work to ensure that the Prison's planning, budgeting and program management functions are interrelated and linked with the achievement of the above goals.

Created 11/9/2004

5

Appendix 179

7/6/2006

# ORGANIZATIONAL STAFFING OF VENANGO COUNTY PRISON

Board of Inspections

Warden

Deputy Warden(s)

Administrative Assistant

Secretary / Clerical Staff - Kitchen Staff - Correctional Staff - Maintenance Staff

# ORGANIZATIONAL POSITIONS AT THE PRISON

It is the policy of the Venango County Prison to maintain a current organizational chart that reflects accurately its place within the organizational structure of the Warden's Office, and to maintain job descriptions of all positions maintained and used throughout the operation of the County Prison.

These job descriptions are on file and copies are contained in the Appendix of the Policy and Procedures Manual.

Institutional Management
As prescribed by law the fundamental responsibility of institutional management is to secure custody and control of inmates. Although such a concept may seem at variance with attempts to introduce rehabilitative services, it is doubtful that any correctional program, which ignores this reality, will be effective. These measure are designed to protect and to provide a safe environment for inmates as well as for staff. Actually, services and facilities for rehabilitative treatment can operate only in a climate where control is constant and consist.

The institution is operated with a chain of command. The Warden is in charge of the entire Prison operation. The Deputy Wardens are in charge of and responsible for the physical operation of the Prison and any day-to-day matters pertaining to the operation of the Prison.

**The Warden of this institution extends an open-door policy to any employee at any time for any problems or concerns.**

7/6/2006

# GENERAL PERSONNEL ORDERS AND STANDARDS OF CONDUCT

It is the general policy of the Venango County Prison to protect the rights of all employees and enforce high standards of professional conduct from all employees. While satisfactory adherence to a Code of Conduct is primarily the employee's responsibility, Prison and County Management will review these standards and expectations with employees at orientation and from time to time during reinforcement training and performance evaluations.

Venango County Prison subscribes to the Professional Code of Ethics of the American Correctional Association, a copy of which is located in the Appendix of this Manual, and expects its employees to follow the ethical standards embodies therein. In addition, the Prison's standards of Professional Conduct include, but are not limited to, compliance with the following elements:

- All Prison policies, procedures and directions
- Restrictions on any employee using his/her official position to gain any personal advantage for another, in any improper or unauthorized manner or engaging in conduct that constitutes or gives rise to the appearance of a conflict of interest.
- Restrictions on the possession of firearms on duty. Written authorization is required before bringing a weapon or other item considered security equipment onto property managed by the Prison, or while performing duties on behalf of the Venango County Prison. This restriction includes weapons and security equipment, even though such items may be locked in the employee's personal vehicle.
- A Prohibition on the use of abusive or obscene language, threats and coercion.
- Restrictions on the Use of Force. Inmates will not be subjected to sexual, emotional or physical abuse or the use of unnecessary levels of force. (See Policy on Use of Force).
- Enforcement of an attitude of respect for and protection of Inmates' rights.
- Adherence to requirements for timely attendance
- Respect for property rights and a prohibition on the unauthorized use, theft, misuse or waste of property belonging to the Prison, an Inmate, an employee or a visitor.
- Assurance of safety and security as a part of effective job performance. Employees will remain alert and will be aware of and responsive to their surroundings while on duty. Acts that jeopardize the security of a facility or the health, safety or welfare of Inmates, staff or visitors and acts that are unresponsive to Inmate needs are prohibited.
- Remaining on assigned posts. Employees will obtain proper authorization before leaving a work post or the Prison itself.

Created 11/9/2004

7

Appendix 181

- Maintenance of proper relationship with the public and the media.
- Cooperation in investigations conducted by the Prison or other law enforcement officials.
- Facilitation of factual accounting and record-keeping requirements; this prohibits falsification, unauthorized alteration or destruction of documents, log books or any other records, including job applications.
- Maintenance of professional deportment at all times. Employees will refrain from engaging in unprofessional or illegal behavior that could in any manner reflect negatively on the Prison, both on and off duty.
- Proper use of all leave categories.
- Safe use of Motor vehicles while on duty
- Working overtime as required
- Adherence to appropriate dress standards

General Personnel Orders For Correctional:

The first responsibility of a Correctional Officer is to prevent (1) Escapes (2) Disorders (3) Contraband. This is accomplished by each officer conscientiously carrying out assigned duties.

Officers should keep in mind that Corrections is a part of the Justice System. All Correctional Officers are law enforcement officers and represent the law and the government to their charges. This is a serious responsibility requiring high standards of conduct. The following general orders are in force to help establish standards of conduct and to facilitate the smooth operation of the Venango County Prison:

1.    Officers must report to work on time, be in proper uniform and report to their duty station in time to relieve the other shift before the hour. Uniforms must be neat, clean and in good order. Hair is to be worn at a reasonable length and be neatly combed. Regular attendance is necessary, and sickness or other valid reasons for missing work should be reported according to County Policy and Bargaining Unit Agreement.

2.    Officers must realize that they work in a supervisory position in relation to the inmates. Never become overly friendly with an inmate or discuss your personal life with them.

3.    Officers must be on alert to detect any unusual action or conduct by an inmate that might indicate he/she is an unusual security risk, has suicidal or homosexual tendencies, or strong apparent hatred of another inmate. Any observations of this nature should be reported to the officer in charge of your shift.

4.    When an inmate is taken outside of security, a one to one ratio between inmate and officer will be maintained, or as directed by the Warden or Deputy Warden.

Created 11/9/2004                            8

Appendix 182

VCP. 000000022

5.    Officers must be courteous at all times to the public, coworkers and to the inmates. Profanity shall not be used.

6.    Corrections Officers are never to strike an inmate except in self-defense. In carrying out any disciplinary transfer, Corrections Officers will use only enough force as needed to accomplish their duties. If decent and humane treatment is ensured the inmate, disciplinary action will be reduced to a minimum.

7.    Officers will not accept money from any inmate for any reason whatsoever. Corrections Officers are not permitted to accept any gift or borrow anything such as candy from an inmate for any reason.

8.    Officers are not permitted to bring any contraband on prison property or within the building. Also, no toilet articles, recreation material, clothing, or any other article that can be received through the regular procedures will be allowed to be provided by a Corrections Officer. The Warden or his designee must grant any exception to this ruling.

9.    Officers shall not recommend any bondsman or attorney to any inmate, nor will any officers get involved with the legal aspects of an inmate's case. Any problems concerning legal work, attorneys, bail, court or hearings will be referred to the appropriate staff by means of an Inmate Request Slip. Once the request is submitted, officers should not call to expedite the request except in an emergency.

10.    Officers are not permitted to make outside contacts as a favor to inmates, whether on or off the prison property. Officers are not permitted to transmit any written messages to or from the inmate.

11.    Officers are required to read and understand the Inmate Handbook.

12.    Gambling is prohibited; any officer who has reason to suspect that gambling is taking place will take any necessary action to confiscate the article(s) or device being used and report the names and occurrences to the supervisor on duty.

13.    Officers are required to read and understand all post orders covering their assignments. Any questions or requests on rulings on any problems are to be made known to a supervisor on duty.

14.    No notices, bulletins or other material shall be posted at any place without the approval of the Warden.

Created 11/9/2004

9

7/6/2006

15.  Employees are not permitted to leave the prison without the approval of the supervisor on duty.

16.  Incoming phone calls to employees should be limited to calls of emergency or business nature.

17.  Employees will not discuss prison business with any outside agency or person except when given permission by the Warden.

18.  Officers will conduct themselves in a professional manner whether dealing with residents or to other officers.  Horseplay is not permitted between inmates, officers, or inmates and officers.

19.  Disobeying a lawful order of a superior officer constitutes insubordination and will be grounds for disciplinary action.

20.  Suggestions or recommendations for the improvement of Prison operations or staff welfare by the employees are encouraged.  All suggestions or recommendations should be submitted in writing to the Warden.

21.  All personnel requests effecting scheduling must be submitted in writing in accordance with the bargaining agreement between the AFSCME Union and the County.

22.  All employees must have a home phone where they can be reached. All home phone numbers must be listed with the Administrative Office.  In the event a phone number is changed, all employees must notify the Administrative Office of the new or revised phone number immediately. The Administrative Office will not give out personal phone numbers of staff to any agency or person.

23.  No money will be deposited to an inmate's account by any staff member.

24.  In the event of an emergency such as escapes or disorders, all prison employees are subject to call and orders regardless of shift assignment, grade or position.

25.  There are several additional practices that are prohibited, and any of these could result in discipline; they include: Sleeping on duty; being under the influence of drugs and/or alcohol; or, having the odor of any intoxicating beverages on breath, possession, use, etc. while on prison property; giving or taking any property of the prison without permission; borrowing or taking any property of an inmate; taking any property of another officer without permission; damaging prison property intentionally or through negligence; conviction of any crime while employed, and ignorance to assigned duties.

Created 11/9/2004                              10

Appendix    184

7/6/2006

26.    All officers must possess a valid Pennsylvania Driver's License. Officers must report any loss of license or driving privileges to the Warden immediately.

27.    The use of the phone for personal reasons will be permitted ONLY for emergency calls (Emergency toll calls with prior permission of supervisor only).

28.    Listed below are items that may be accepted for inmates by the officer operating Control:

A.    Money - a receipt must be made out for all money
B.    Radios - Size 5" x 8", battery operated with earphones.
C.    Batteries - any batteries in excess of what it takes to operate the radio will be kept in the inmate's personal property box. No batteries will be brought in to the prison; they must be purchased from Commissary.
D.    Clothing - 5 pair of socks; 5 pair of underwear; 2 shirts; 2 pair pants; 1 pair dress shoes or boots; 1 pair tennis shoes; 1 pair shower shoes.
     Any clothing accepted in excess of the above amounts must be exchanged.
E.    Publications - will include newspapers, magazines, hardback books, newsletter, pamphlets or any other written or printed materials. The quantity of publications an inmate may have in his/her possession will be:
     Newspapers - no more than one weeks accumulation
     Books or magazines - no more than 10
     All authorized schoolbooks
     All legal materials pertaining to or necessary to prepare their case that will fit into a box no larger than 12 X 18 inches.

All incoming publications must be received from the publisher and shall be thoroughly inspected for contraband. Covers of hardbound publications may be damaged when inspection of the cover is deemed necessary and no alternate form of inspection is adequate. However, care should be exercised to minimize such damage.

Incoming publications that contain any of the following will be refused or turned over to the proper authorities.
A.    Information regarding the manufacture of explosives, incendiaries, weapons, escape devices or other contraband.
B.    Instructions regarding the ingredients or manufacture of poisons, drugs or intoxicating beverages.

Created 11/9/2004

11

VCP 000000025

7/6/2006

   C. Writings that advocate violence, insurrection or over throw of the government or any of its institutions.

   D. Material that portrays or depicts sexually explicit material, which is defined as showing male or female frontal nudity.

   E. Pictures that portray or depicts sexually explicit material, which is defined as showing male or female frontal nudity.

Publications will not be excluded for the sole reason they are critical of penal institutions in specific or other institution in general.

These rules and regulations are designed to permit and assist Prison staff in accomplishing their duties. Cooperation, understanding and common sense must be used in all matters not specifically covered by a rule. If you are unsure of a publication, please contact your supervisor.

Created 11/9/2004                              12

VCP 000000026

# SECURITY-GENERAL REGULATIONS FOR VENANGO COUNTY

## Staff

1. Sufficient Correctional Officers shall be present in the Prison, awake and alert.
2. Appropriate numbers of female Correctional Officers shall be present in the Prison complex at all times while female inmates are confined.
3. The male officers may enter the female block for emergencies or to assist the Female Correctional officer, but only in a Female Correctional Officer's presence.

## Inmates

1. Inmates are not permitted to assume any authority whatsoever over other inmates, or assist in cell searches.
2. Inmates assigned as trustees shall be supervised.
3. If any inmate leaves the prison for any reason, they shall be thoroughly searched upon their arrival back into the institution.
4. All admissions shall be searched according to the Strip Search policy.
5. Inmates with detainers or pre-trial can be assigned to trustee status only if authorized by the Warden or Deputy Warden, and the prison staff must be notified of their status.
6. Inmates for outside work details must have the approval of the Warden and/or Deputy Warden, and the prison staff shall be notified of the inmate's status.

## Weapons

1. Weapons shall not be carried inside the Prison during normal operations. Outside security assignments may be an exception; and must be authorized by the Warden or Deputy Warden.
2. There are weapon security lockers located inside the control room for those law enforcement officers and prison officials carrying weapons. All weapons are stored in a locked room.
4. Any use of a weapon upon any inmate shall be reported on an Extraordinary Occurrence Report.

Created 11/9/2004

13

Appendix 187

# KEYS AND LOCKING DEVICES

1.  Keys shall be stored in the two Control Rooms when not in use. There are two main key controls: the first is on the ground level of Central Control; Access is restricted by padlock. The second is located in 1st Floor Control for more non-restricted locks.

2.  Officers shall exercise every precaution while carrying keys or potentially dangerous articles in the presence of inmates.

3.  Under no circumstances shall inmates have access to or be permitted to handle any Prison or personal keys and locking devices of this institution.

4.  All Prison personnel must make themselves knowledgeable of all the locking devices of this institution.

5.  Officers opening and closing electrically operated or manual doors should be alert of any escape attempt.

6.  Any damage or malfunction of any key or locking device should be reported to the shift supervisor immediately. The shift supervisor will secure the area and have the malfunction repaired or key replaced and file a report to the Deputy Warden.

7.  All cell doors, hall doors, fire exits, or any doors having a locking device should be locked when not in use.

8.  An inventory list to include number of keys, area, door, lock number and key number is kept in the Administrative Office.

9.  The responsibility for the keys of the Prison's locks is that of all Correctional Officers on duty.

10.  If you accidentally take a key from the Prison, you are required to notify the Officer in Charge and return the key as quickly as possible.

11.  Safety Overrides on the door control panels shall not be used unless under the direction and order of the Warden or Deputy Warden.

# UNIFORM DRESS

The Correctional Officers will wear the issued uniform during all hours of work or while on official duty, unless otherwise notified.  If for any reason a correctional officer was not issued a uniform, the following must be worn:

A)    A dress shirt with buttons or a casual pullover.  No T-shirts.
B)    A pair of plain navy blue dress pants.  No denims or blue jeans.

Personal Hygiene

Hair, beards and mustaches should be clean and neatly combed and trimmed. Meticulous personal hygiene regarding bathing, hands and nails shall be observed at all times when reporting for duty.

The duty uniform of the Venango County Prison will be as follows:

A)    Shirt- issued uniform shirt.  The shirt will be worn neatly pressed and clean with all buttons in place and properly buttoned, the collar button will be the only button not buttoned, sleeves to be worn not rolled, and the collar will be worn down.

B)    Pants- issued uniform pants neatly pressed and clean, altered to the right length and not rolled at the cuff. If for any reason, the issued uniform pants cannot be worn, a pair of navy blue dress slacks will be worn.

C)    Shoes - A pair of neatly polished black dress shoes or black military leather-type boots.  Socks must be worn.

D)    Belt - a black dress belt with a standard belt buckle will be worn.

NOTE: Uniforms are not to be worn during any off duty hours.  Badges and Identification Cards will be issued to correctional officers and are only to be used for official prison business, such as when transporting an inmate to another institution.

Created 11/9/2004

15

Appendix  189

# ENTRANCE PROCEDURES

It is the policy of the Venango County Prison to maintain the physical integrity of the Prison through a perimeter security system that includes effective entrance procedures that allow efficient passage of authorized items and traffic while ensuring offenders do not escape via the entrances.

All persons entering the Prison will be required to produce proper identification, ordinarily including a picture. No one will be permitted to leave the Prison unless they have been personally and properly identified by the officer staffing the entrance post. Visitors will be required to present their official identification cards on request. Anyone not properly identified by the entrance officer must be detained inside the secure area of the Prison until positive identification can be ascertained.

Delivery, maintenance, and other persons seeking entry must, in addition to personal identification, produce appropriate documentation of the nature of their business in the prison.

Inmate visitors may be subject to additional verification and approval procedures as described in the section of this Manual on Inmate Visitors.

At a minimum, all entrance posts will be manned by an on-site officer who will perform direct identification and searches

Unless otherwise authorized by the Warden, all packages carried into the entrance area will be thoroughly searched before being permitted into the secure portion of the Prison. Staff will advise all persons entering the Prison of all prohibited items.

All official and other visitors are subject to search via metal detection device. Prospective visitors may NOT be further searched except in special circumstances as outlined further in this policy. Although staff will not be routinely searched, they may, however, be searched when there is probable cause that they are conveying contraband. The Prison Warden's authorization is required unless there is a reasonable likelihood of the loss of contraband.

Record Keeping
Records will be maintained on each entrance post that will enable staff to reconstruct all traffic through that point for the past thirty days. These records will include dates, names, addresses, business for each entrant, as well as their signatures, times in and out, departments visited and by whose authority entry was granted.

Appendix 190

# RESTRICTIONS ON OUTSIDE EMPLOYMENT

It is the policy of the Venango County Prison to regulate the outside employment of its staff only insofar as is necessary to ensure efficient performance of public safety functions. Employees may hold other jobs as long as they meet performance standards for their positions in the Prison. The Prison requires employees contemplating any additional non-county jobs to consider the effects such extra work may have on their limits of endurance, overall personal health and effectiveness with the Prison. Any additional work must be done on the employee's own time or using annual leave with sufficient advance notice.

An employee wishing to engage in outside employment must give written notice to the Warden, indicating the nature of the job, expected hours and whether or not the job requires weapons to be carried. The Warden must approve any instance of outside employment in which the employee will carry a firearm.

# EMPLOYEE POLITICAL ACTIVITIES

Definition of "political activity:" Any activity or series of activities designed to influence the outcome of an election for partisan political office, as defined in state and county law.

POLICY
It is the policy of the Venango County Prison to permit its employees full expression of their constitutional rights as private citizens, insofar as that expression may not be construed as representing the policy, practice or official position of the Prison or may be disruptive to Prison operations.

PROCEDURES/REQUIREMENTS
Except as regulated by federal, state and county regulations, employees of the Venango County Prison generally retain the same free speech and political association rights as non-government employees. Staff may not, however, within applicable county regulations, engage in campaigning, lobbying or political practices on duty, on county property or while in uniform. Employees may vote for a candidate of their choice, express political opinions privately, maintain voluntary membership in a political party, or contribute to a specific party or candidate of choice. In general, no casual speech or display of any type such as a sticker on a lunch box will be considered to have security implications.

In the rare instance in which some form of otherwise permissible speech or display may have adverse security or management implications, the Warden or his designee will confer with the employee and make known to that individual the potential problem such conduct may create.

Created 11/9/2004

17

VCP 000000031

Appendix 191

Prison employees are prohibited from using county resources or funds to influence a political campaign, soliciting funds, directly or indirectly, for any political campaign, compelling any employee to apply for membership or be a member of any political organization; paying or requiring subordinates to pay or promise to pay any assessment or contribution to any political activity.

Generally, county employees are prohibited from running for public office. Employees who wish to seek elective office in a nonpartisan contest, such as to a school board, should seek an opinion on the applicability of county law in that regard. For all other instances of political activity or speech in which there is a question, employees should seek guidance from their supervisor before engaging in that activity.

# DISCIPLINARY PROCEDURES AND GRIEVANCES

Failure to abide by any of the policies, procedures included, but not limited to those outlined in this Manual, shall be grounds for disciplinary action. The Venango County Prison will follow the established disciplinary procedure as outlined the current labor agreement.

Corrective disciplinary action will be taken and followed in a timely fashion.

An employee may appeal any disciplinary action taken under this policy through the formal grievance procedure, as outlined in the current labor agreement.

Disciplinary actions will be documented and become part of the employee's personnel file.

# DRUG AND ALCOHOL POLICY

## GENERAL DRUG / ALCOHOL POLICY & PROCEDURES

### A.    GOAL

It is the goal of VENANGO COUNTY to maintain a safe workplace by eliminating the hazards to health and job safety created by alcohol and other drug use. We believe this goal to be in the best interest of our employees, our customers and the public.

### B.    POLICY

1.    This policy prohibits the employee from the unlawful manufacture, distribution, dispensing, possession or use of a controlled substance in the County's workplace; and each employee as a condition of employment shall abide by the terms of this statement.

2.    VENANGO COUNTY is concerned about and depends upon the physical and psychological health of its employees. All VENANGO COUNTY employees have an obligation to be physically and psychologically fit to perform their jobs. Therefore, VENANGO COUNTY is committed to providing an alcohol and drug-free working environment for all employees to ensure their safety and to provide them the opportunity to successfully perform their work assignments in an acceptable manner. Accordingly, VENANGO COUNTY has adopted this Drug and Alcohol Policy.

3.    The intention of this Policy is to specifically state the standard of conduct expected of all employees in the performance of their responsibilities and to advise all employees that compliance with this Policy is a condition of employment for all present and future VENANGO COUNTY employees. Additionally, this Policy describes the County's right to insist on diagnosis and/or testing when alcohol or drug impairment is reasonably suspected. This Policy further describes the County's right to suspend and/or terminate any employee who violates the County's policy against the use, possession, sale, distribution or any other prohibited action connected with alcohol or illegal drugs on or off the premises, if done during working time or while representing VENANGO COUNTY. At the same time, the County recognizes the health implications of alcohol and drug abuse and is prepared to assist employees for evaluation as follows:

Created 11/9/2004

19

Appendix  193

    a.    Referral for evaluation

    b.    Referral to Mental Health/Substance Abuse treatment/counseling services

    c.    In-house or Community Health/Fitness Awareness Programs

    d.    Drug/Alcohol Awareness Programs

The County will continue to explore additional seminar programs to assist employees and modify the above list.

**D.  DRUG-FREE WORKPLACE POLICY COMPLIES WITH THE LEGAL MANDATES OF THE FOLLOWING:**

1.    Drug-Free Workplace Act of 1988

2.    U.S. Department of Transportation Regulations (DOT)

3.    Unlawful distribution or use of a controlled substance is prohibited in the County's workplace, and those actions will be subject to discipline or discharge for any employee in accordance with the County's Drug & Alcohol policy.

**E.  COMPLIANCE AS A CONDITION OF EMPLOYMENT**

1.    VENANGO COUNTY requires that all employees, including full-time, part-time and temporary employees, comply with this Drug Free Workplace Policy as a condition of employment. A few provisions apply only to employees subject to the DOT requirements. Where the requirements are inconsistent, the DOT requirements shall apply. Those employees are referred to as "DOT covered" employees. For VENANGO COUNTY, DOT covered employees are those who must have a Commercial Driver's License (CDL) to perform their job duties. Additionally, some provisions only apply to employees in safety-sensitive positions. Safety-sensitive positions have been designated as follows:

- Warden
- Deputy Warden
- Deputy Sheriff
- Correctional Officer

2.    All employees set forth above must notify the County of any

criminal drug statute conviction for a violation occurring in the workplace no later than five (5) days after such conviction.

F.    PRE-EMPLOYMENT TESTING

It is the policy of VENANGO COUNTY to conduct pre-employment drug screening for all County positions.

1.    All candidates applying for any DOT or safety-sensitive position will be required to undergo drug/alcohol testing. Failure to comply with drug/alcohol testing will automatically exclude candidates from being considered in the selection process.

2.    All candidates applying for non-DOT or non-safety-sensitive positions will be required to undergo drug/alcohol testing once a conditional offer of employment has been extended. The candidate for employment must be prepared to complete the testing within 24 hours of receiving the conditional employment offer. Thus, the final stage of the interviewing process will be a meeting whereby a conditional offer of employment is made. At that time, the candidate will be sent directly to the testing site to have the test completed. The results will be reviewed and returned to the County by the MRO. The candidate is not permitted to begin actual employment until negative testing results have been received.

3.    Indications of illegal controlled substances and/or alcohol exceeding the established and designated limits (i.e., a positive test result) detected during this test will be cause for rejection of the applicant and the conditional offer shall be withdrawn.

G.    POLICY MODIFICATION

This Policy supersedes any other County policy or practice on the subject of drug and alcohol use, abuse and testing. The County may amend, supplement, modify, or change any part of this Policy, including changes necessary to comply with federal, state or local laws and changes subject to the collective bargaining unit agreement. The County will bargain with the respective collective bargaining units.

H.    DRUG FREE PROGRAM COORDINATOR

If you have any questions regarding this Policy, please direct them to the Human Resource Director, as the designated Drug Free Program Coordinator.

Created 11/9/2004

21

Appendix    195

V.C.P. 000000035

## I.    WHEN APPLICABLE

As specifically delineated below, this Policy governs employee conduct: while on work premises (whether on or off-duty); while on-duty (regardless of location); during lunch and other breaks (whether paid or unpaid); while representing the County in any capacity (whether paid or unpaid); while driving a County vehicle; and in instances for safety-sensitive and DOT employees while off work where conduct or an act is in direct conflict with their duties and responsibilities.  For purposes of DOT regulations, performing a safety-sensitive function means an employee is considered to be performing a safety-sensitive function during any period in which he or she is actually performing, ready to perform, or immediately available to perform any safety-sensitive functions.  DOT regulations define the time of performance as being "on-duty" which includes the following:

1.    All time at a carrier or shipper plant, terminal, facility, or other property, or on any public property, waiting to be dispatched, unless the driver has been relieved from duty by the motor carrier;

2.    All time inspecting equipment or otherwise inspecting, servicing, or conditioning any commercial motor vehicle at any time;

3.    All driving time which means all time spent at the driving controls of a commercial motor vehicle in operation;

4.    All time, other than driving time, in or upon any commercial motor vehicle except time spent resting in a sleeper berth;

5.    All time loading or unloading a commercial motor vehicle, supervising, or assisting in the loading or unloading, attending a commercial motor vehicle being loaded or unloaded, remaining in readiness to operate the commercial motor vehicle, or in giving or receiving receipts for shipments loaded or unloaded;

6.    All time repairing, obtaining assistance, or remaining in attendance upon a disabled commercial motor vehicle;

7.    All time spent providing a breath sample or urine specimen, including travel time to and from the collection site, in order to comply with random, reasonable suspicion, post-accident, or follow-up testing required by DOT regulations;

8.    Performing any other work in the capacity of, or in the employ or service of, a common contract or private motor carrier; and;

9.    Performing any compensated work for any non-motor carrier entity.

## II. DEFINITIONS

### A. ALCOHOL
The intoxicating agent in beverage alcohol, ethyl alcohol or other low molecular weight alcohols, including methyl or isopropyl alcohol.

### B. ALCOHOL CONCENTRATION
The alcohol in a volume of breath expressed in terms of grams of alcohol per 210 liters of breath as indicated by a breath test (listed in the Federal Transit Administration Regulations 49 CFR Part 40).

### C. ALCOHOL USE
The consumption of any beverage, mixture or preparation, including medication, containing alcohol.

### D. BREATH ALCOHOL TECHNICIAN (BAT)
An individual who instructs and assists individuals in the alcohol testing process and operates an evidential breath testing (EBT) device.

### E. COLLECTION SITE
A place where an employee provides sample(s) to be analyzed for the presence of drugs and/or alcohol.

### F. DRUGS
Any substance considered unlawful under the Controlled Substances Act (21 U.S.C. Section 812 et seq. including cannabinoids (THC and Marijuana), cocaine, opiates, amphetamines, PCP and/or Schedules of controlled substances 35 P.S. ¶780-104.

### G. EVIDENTIAL BREATH TESTING (EBT) DEVICE
An EBT approved by the National Highway Traffic Safety Administration (NHTSA) for the evidential testing of breath and placed on NHTSA's "Conforming Products List (CPL) of Evidential Breath Measurement Devices."

### H. FOLLOW-UP TEST
A mandatory and unannounced drug and/or alcohol test conducted for a period of up to sixty (60) months on an employee who has previously passed a return-to-duty test.

### I. LABORATORY
A facility certified by the U.S. Department of Health and Human Services' Substance Abuse and Mental Health Services Administration.

Created 11/9/2004

23

J.   **MEDICAL REVIEW OFFICER (MRO)**
A licensed physician responsible for receiving laboratory results from tests conducted pursuant to VENANGO COUNTY'S Drug and Alcohol Abuse Program. The MRO must have knowledge of substance abuse disorders and have appropriate medical training to interpret and evaluate an employee's positive test result together with his/her individual medical history and any other relevant biomedical information.

K.   **POST-ACCIDENT TESTING**
Drug and/or alcohol tests administered to an employee when an accident requiring substance testing has occurred.

L.   **POSITIVE ALCOHOL TEST RESULT**
A test is positive for alcohol when the result is .02 from urinalysis or greater for post-accident, reasonable suspicion and random testing. A test is positive for alcohol when the result is .02 or greater for pre-employment, promotion and transfer, return to duty and follow-up testing.

M.   **REASONABLE SUSPICION**
When a trained supervisor and/or trained management employee has by report (including employee's admission of use) or observation, facts, circumstances, physical evidence, physical signs and symptoms and/or behavior that would cause the supervisor to reasonably conclude that the employee may be impaired by drug and/or alcohol.

N.   **RETURN-TO-DUTY TEST**
A mandatory test performed prior to returning to work when an employee previously tested positive in a drug and/or alcohol test. The test results must be negative for a drug test and below .02 for an alcohol test for the employee to return to work.

O.   **SAFETY-SENSITIVE POSITION**
A position with functions related to and engaged in law enforcement, having access to classified information and engaged in activities affecting public health or safety.

P.   **SUBSTANCE ABUSE PROFESSIONAL (SAP)**
A licensed physician (medical doctor or doctor of osteopathy), or a licensed or certified psychologist, social worker, employee assistance professional or addiction counselor (certified by the National Association of Alcoholism and Drug Abuse Counselors Certification Commission), with knowledge of and clinical experience in the diagnosis and treatment of drug and alcohol-related disorders.

5

8

9

7

8

conduct, (including, but not limited to, driving under the influence and under-age drinking violations) while on the work site, while on-duty, during lunch or other breaks, on-call or while representing the County.

While on duty, at the work site, on lunch or other breaks, or on-call, or while representing the County, an employee shall not possess opened containers, use, consume, distribute or attempt to distribute, manufacture, dispense, test positive for, or be under the influence of alcohol EXCEPT when acting in their official capacity as a law enforcement official and confiscating the above mentioned items as a requirement of completing their job assignment.

Additionally, the following conduct is prohibited for DOT covered employees as well as those employees in safety-sensitive positions:

1.  Reporting for duty or remaining on duty requiring the performance of safety-sensitive functions while having an alcohol concentration of 0.04 or greater;

2.  Consuming alcohol within four hours of reporting for duty;

3.  Being on duty or operating a commercial motor vehicle while the driver possesses alcohol, unless the alcohol is manifested and transported as part of a shipment;

4.  Using alcohol while performing a safety-sensitive function;

5.  Consuming alcohol within the eight hours following an accident or before a post-accident alcohol test is performed (whichever is sooner) if the accident would require a post-accident alcohol test as specified in this Policy; and

6.  Refusing to submit to a required alcohol test.

## IV.    DISCIPLINE

A.  Any employee suspected of violating the County's Drug and Alcohol Policy and Procedures will be immediately removed from their position, will be referred to a substance abuse professional for an assessment and evaluation, and be subject to discipline, up to and including termination from employment.

No DOT covered nor any safety-sensitive employee shall perform nor be permitted to perform, a safety-sensitive function, including driving a commercial motor vehicle if the DOT covered or safety-sensitive employee

Created 11/9/2004                        26

Appendix   200