**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JENNIFER ANN FEDOREK, )<br>)<br>        Plaintiff, )<br>   v.                    )<br>)<br>WARDEN RONALD SNYDER, et al., )<br>)<br>        Defendants. )  | Civil Action No. 05-186 Erie |

**MEMORANDUM JUDGMENT ORDER**

      Plaintiff's civil rights complaint was received by the Clerk of Court on June 15, 2005 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

      The Chief Magistrate Judge's Report and Recommendation [54], filed on April 7, 2008, recommends that the motion for summary judgment [45] filed by Defendant Keoke Craft be granted. The parties were allowed ten (10) days from the date of service in which to file objections. Service was made on Plaintiff by certified mail at her address of record and on the Defendants. No objections were filed. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

      AND NOW, this 9th day of May, 2008;

      IT IS HEREBY ORDERED that the motion for summary judgment [45] filed by Defendant Keoke Craft be and hereby is GRANTED. JUDGMENT is hereby entered in favor of the Defendant Craft and against Plaintiff, Jennifer Ann Fedorek.

      The Report and Recommendation of Chief Magistrate Judge Baxter, dated April 7, 2008 [54] is adopted as the opinion of this Court.

                                          s/ SEAN J. McLAUGHLIN
                                          Sean J. McLaughlin
                                          United States District Judge

cc:    Chief U.S. Magistrate Judge Baxter
        All parties of record.